IN THE UNITED STATES DISTRICT COURT
THE COUNTY OF MONTGOMERY
FOR THE STATE OF ALABAMA

RECEIVED
2006 AUG 16 A 9:36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANGELA DENISE NAILS,

    Plaintiff,

DOTHAN RESUCE MISSION,

    Defendant,

Case number

1:06cv737-WKW

COMPLAINT OF NEGLIGENCE

The case follows under the Jurisdiction Actitcel III Section 2a Constitutional law. Subject matter question controversy of $10,000.00 The defendant is an entity of it self. The plaintiff has no rights to eating at a public kitchen which feeds people a free meal. The plaintiff applied to locate the plaintiff and the plaintiff belonging at the City shelter and was denied shelter. Public shelters provided free meals free shelter, other free items to the individual that request the shelters help. The defendant barred the plaintiff for life from coming into the City Shelter. The defendant has given the plaintiff no reason for disablement. The plaintiff civil action against the defendant is the defendant is discriminating

against the plaintiff. The Plaintiff is seeking damages under 42 U.S.C. 12182(a) prohibition against discrimination in places of public accommodation. The Plaintiff is seeking damages under 42 U.S.C.1983 Civil Rights Violations and the Violated state constitutional law. The plaintiff is seeking relief under the Civil Rights Rule 5415 Civil liberties and Constitution. Plaintiff is seeking relief under 5220 Constitutional Law due process and the First Amendment rights. 483 U.S.635639. The plaintiff is seeking relief under 5572 Fair Housing and 5910 Constitutional Law. The plaintiff is seeking relief under Civil Rule Procedure Section 60 Eject Homeless individual form Shelter to the Streets. Mailing address 216 East Crawford St. Dothan, Alabama 36301.

*Angela Denise Nails*
ANGELA DENSIE NAILS

PRO SE