IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV737-WKW |
| | ) | (WO) |
| DOTHAN RESCUE MISSION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the complaint filed by the *pro se* plaintiff in this action, the court concludes that the complaint must be amended before this action may proceed. Plaintiff's one paragraph complaint contains a list of broad areas of law which she apparently contends give her a right to relief. However, the complaint alleges only that plaintiff was denied entry (for life) into defendant's homeless shelter. The complaint does not allege sufficient facts to permit a conclusion that defendant has committed any act which would entitle plaintiff to judgment. The court is cognizant of its obligation to construe pleadings filed by *pro se* litigants liberally. However, the present complaint is not in a form to permit defendant to frame a response. Accordingly, it is

ORDERED that plaintiff is DIRECTED to amend her complaint, **on or before September 6, 2006,** to include facts in support of each of her claims and to present each claim for relief in a separate count. Each count must specifically allege the conduct of the defendant. Each count may include only one legal theory of relief – *i.e.*, if plaintiff contends

that particular actions violated her rights under both the Americans with Disabilities Act and First Amendment, she must set forth those claims in two separate counts. Each count must contain all of the factual allegations – and only those factual allegations – which support that particular claim for relief and may not incorporate previous allegations by reference. Plaintiff is further DIRECTED to specify the date of any alleged violations of law. For example, if plaintiff alleges that she was denied service by defendant, she must include the date on which such denial occurred. Additionally, plaintiff will not be entitled to relief pursuant to 42 U.S.C. § 1983 unless she is able to allege and demonstrate that defendant is acting under color of state law.

    Plaintiff is advised that if she fails to file an amended complaint as set forth above within the time allowed by the court, the undersigned Magistrate Judge may recommend dismissal of this action.

    DONE, this 23rd day of August, 2006.

    /s/ Susan Russ Walker  
    SUSAN RUSS WALKER  
    UNITED STATES MAGISTRATE JUDGE