IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV737-WKW |
| | ) | (WO) |
| DOTHAN RESCUE MISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, filed August 16, 2006.

The court wishes the plaintiff to fully understand the limited nature of being allowed to proceed *in forma pauperis* which only permits the plaintiff to commence this suit without prepayment of fees and court costs. The plaintiff should understand he may incur expenses as a result of the prosecution of this case. In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party. This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, the court ORDERS that the motion for leave to proceed *in forma pauperis* (Doc. # 2) is hereby GRANTED.

Additionally, the court notes that plaintiff's amended complaint was filed five days after the deadline established by the court. While the court will accept the amended complaint on this occasion, plaintiff is advised that she must comply precisely with the terms of any order entered by the court in this matter and that, if she fails to comply with any future order of the court, this action may be dismissed.

DONE, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE