| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  C Faulk   B. Date of Delivery 9-21<br>C. Signature<br>X Carol Faulk     ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Dothan Rescue Mission<br>216 East Crawford Street<br>Dothan, AL 36301<br><br>1:06 cv 737-WKW | Cmp & Amd. Comp.<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 1820 0002 3461 6302 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952