IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTH DIVISION

ANGELA DENISE NAILS,

    Plaintiff,    Case NO: 06Cv737-WKW

DOTHAN RESCUE MISSION,

    Defendant,

EXTRA EARNINGS

The plaintiff in the above case number has earned $73.63 for the month of Sept 2006.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE