```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

## ENTRY OF APPEARANCE

KEVIN WALDING, Esq., Hardwick, Hause, Segrest & Walding, Dothan, Alabama hereby moves the Court to note this his entry of appearance as counsel for and on behalf of Defendant Dothan Rescue Mission and requests the Court and opposing counsel to serve all future Orders, notices, pleadings, and the like on him.

THIS the 9th day of October, 2006.

```
                    HARDWICK, HAUSE, SEGREST & WALDING


                BY:   /s/ Kevin Walding
                      Kevin Walding (WAL036)
                      ASB-8121-I-69J
                      Attorney for Defendant
                      Post Office Box 1469
                      Dothan, Alabama 36302
                      Phone:   (334) 794-4144
                      Fax:     (334) 671-9330
```

**CERTIFICATE OF SERVICE**

    I hereby certify that, this date, I have served a copy of this document on the following attorney (s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 9th day of October, 2006.


                                                    /s/ Kevin Walding
                                                  Of Counsel