```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

ANGELA DENISE NAILS,          *
                              *
     PLAINTIFF,               *      1:06-CV-00737.WKW
                              *
vs.                           *
                              *
DOTHAN RESCUE MISSION,        *
                              *
     DEFENDANT.               *
```

## ANSWER TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

THE DEFENDANT, Dothan Rescue Mission, answers to the Plaintiff's Complaint and Amended Complaint and asserts various affirmative defenses as follows:

### 1st Defense

Defendant pleads the general issue, denies that it is guilty of the things and matters alleged, and demands strict proof of all allegations and inferences contained in the Complaint and Amended Complaint.

### 2nd Defense

Defendant denies that it is indebted in any way to Plaintiff and demands strict proof.

### 3rd Defense

Defendant moves to dismiss the Complaint and Amended Complaint because the Plaintiff has failed to state a claim for which relief can be granted.

a. Section 28 of the Urban Development and Housing Act (UDHA) does not apply to the Defendant. The UDHA is a law of the Republic of the Phillippines. (Republic Act No. 7279). Laws of the Phillippines are not controlling in the United States.

b. The Defendant is a totally privately funded organization. Defendant receives no federal, state or local funding of any sort. As a result, the Stewart B. McKinney Homeless Assistance Act does not apply.

c. The Defendant is not a state actor. The First Amendment freedom of assemblage clause and the due process clauses apply only to state actors. The First Amendment provides the Plaintiff protection only against the acts of state actors.

d. The Defendant is a religious organization and therefore is exempt from 42 U.S.C. 12181.

e. The Defendant barred the Plaintiff from the Dothan Rescue Mission for non-discriminatory reasons.

### 4th Defense

The Defendant questions whether this Court has appropriate and proper subject matter jurisdiction. The various statutes the Plaintiff cites or alludes to do not apply to Defendant, or Defendant is exempt from such, and therefore, federal question jurisdiction appears lacking. Plaintiff resides in Alabama and therefore diversity jurisdiction does not appear to exist.

### 5th Defense

The Defendant pleads the applicable statutes of limitation.

Defendant reserves the right to amend this pleading, and to add other defenses, should the appropriateness of such become apparent during discovery.

>HARDWICK, HAUSE, SEGREST & WALDING
>
>BY: /s/ Kevin Walding
>    Kevin Walding (WAL036)
>    ASB-8121-I-69J
>    Attorney for Defendant
>    Post Office Box 1469
>    Dothan, Alabama 36302
>    Phone:   (334) 794-4144
>    Fax:     (334) 671-9330

**CERTIFICATE OF SERVICE**

    I hereby certify that, this date, I have served a copy of this document on the Plaintiff by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 10th day of October, 2006.

                                            /s/ Kevin Walding
                                            Of Counsel