IN THE UNITED STATES DISTRICT COURT
FOR THE COUNTY OF MONGOMERY
FOR THE STATE OF ALABMA

ANGELA DENISE NAILS,

    Plaintiff,      Case No: 06CV737-WKW(WO)

DOTHAN RESUCE MISSION,

    Defendant

## MOTION FOR TELEPHONE CONFERENCE

The plaintiff is ask that the conference be by telephone. The plaintiff dose not have a three-way telephone line. The plaintiff is asking the court to use the three-way telephone system if the District court has the services. The plaintiff is to meet with the Judge and the defendant Lawyer October 27, 2006 at 3:00pm at the courthouse but if the court could use its communication system that day for the conference.

_____
ANGELA DENISE NAILS

PRO SE