IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv737-WKW |
| ) | |
| DOTHAN RESCUE MISSION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER ON MOTION**

Upon consideration of plaintiff's motion for telephone conference (Doc. # 13), filed October 23, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff shall contact the court's chambers on or before noon on October 27, 2006, at 334-954-3670 to give the court the telephone number at which she can be reached for the conference call.

DONE, this 23rd day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE