MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:   October 27, 2006          3:09 p.m.
DATE COMPLETED:   October 27, 2006          3:39 p.m.

1:06-cv-00737-WKW-SRW Nails v. Dothan Rescue Mission(MAG+)

PRO SE Angela Denise Nails (Plaintiff)

James K. Walding representing Dothan Rescue Mission (Defendant)

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Angela Denise Nails, pro se (by telephone) | * James K. Walding | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

SCHEDULING CONFERENCE

3:09 p.m.   Court convenes.
Court's questions and plaintiff's statements as to the basis for this lawsuit.
Discussions regarding claims.
Court's questions and plaintiff's statements regarding clarification of claims.
Court's questions and plaintiff's statements regarding disability claims.
Court's questions and plaintiff's statements as to relief seeking from claims.
Court's questions and plaintiff's statements regarding mental anguish damages and what services plaintiff desires at the mission (store & food kitchen).
Court's questions and plaintiff's statements regarding plaintiff being barred from mission.
Court's questions and plaintiff's statements regarding whether or not mission is privately or government funded.
Court's questions and plaintiff's statement that she will continue to represent herself.
Court's questions and plaintiff's statements regarding law.
Court discussions regarding scheduling of this case and explanations to plaintiff each deadlines to be set out in Scheduling Order and that written Order will follow:
   Dispositive motions due January 29, 2007
   Motions to amend due November 28, 2006
   All discovery completed by March 1, 2007

|         |                                                                                                                                      |
|---------|--------------------------------------------------------------------------------------------------------------------------------------|
|         | Face to face settlement conference within 14 days after dispositive motions are due. |
|         | Any objections to deadlines to be filed within 14 days from the date of the Scheduling Order. |
|         | Court's statements to plaintiff regarding motions that may be filed re: motions to dismiss and motions for summary judgment. |
|         | Parties have no further questions or statements for the court. |
| 3:39 p.m. | Court recessed. |