IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Civil Action No. 1:06cv737-WKW

VS.

DOTHAN RESUCE MISSION,

        Defendant,

MOTION OF DEADLINE

The plaintiff motion to extend the deadline for the Settlement deadline. The plaintiff is asking for an extendtion of 15 days of the first Settlement deadline.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE