IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv737-WKW |
| ) | (WO) |
| DOTHAN RESCUE MISSION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is presently before the court on plaintiff's motion to extend the deadline for the settlement conference (Doc. # 17). The scheduling order of the court sets that deadline at fourteen days after the dispositive motion deadline which, in this case, is January 29, 2007. Plaintiff's motion sets forth no reason why the conference cannot be conducted within the time allowed by the court and, accordingly, it is

ORDERED that the motion is DENIED.

Additionally, it appears that plaintiff has failed to serve her motion for extension of time on opposing counsel. The Federal Rules of Civil Procedure require that the plaintiff mail to the lawyer for the defendant a true copy of <u>anything</u> which she files with the court in this action. Failure to do so may result in dismissal of this case or other penalties. Anything plaintiff files must contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendant. The clerk is hereby DIRECTED to return to the plaintiff – without filing – any pleadings submitted by the plaintiff which do not

include a certificate of service reflecting that the pleading has been served on opposing counsel.[1]

DONE, this 8th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] As an example, the court directs plaintiff's attention to the certificate of service attached to the answer served by defendant on the plaintiff on October 10, 2006.