IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | * |
| PLAINTIFF, | *   1:06-CV-00737.WKW |
| vs. | * |
| DOTHAN RESCUE MISSION, | * |
| DEFENDANT. | * |

## AMENDED ANSWER

THE DEFENDANT, Dothan Rescue Mission, amends its answer to plead the following affirmative defense as follows:

### 6th Defense

Defendant pleads release.

```
                    HARDWICK, HAUSE, SEGREST & WALDING

                BY:   /s/ Kevin Walding
                      Kevin Walding (WAL036)
                      ASB-8121-I-69J
                      Attorney for Defendant
                      Post Office Box 1469
                      Dothan, Alabama 36302
                      Phone:   (334) 794-4144
                      Fax:     (334) 671-9330
```

**CERTIFICATE OF SERVICE**

    I hereby certify that, this date, I have served a copy of this document on the Plaintiff by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 28th day of November, 2006.

                               /s/ Kevin Walding
                               Of Counsel