IN THE UNITED STATES DISTRICT COURT FOR
THE MIDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Case Number 1:06cv737-WKW(WO)

DOTHAN RESUCE MISSION,

        Defendant,

MOTION OF SUPENA

The plaintiff in the style case number is requesting a supena for the file located at the Columbia Baptist Association located at 1308 Ross Clark Circle Dothan, Alabama 36303. The file is the plaintiff personal file that has information inside the file of assistant given to the plaintiff and also notes of each time assistant was given to the plaintiff. The file contains information of contact calls made to the Dothan Rescue Mission that were made from the Columbia Baptist Association volunteer. The volunteer for the Columbia Baptist Association has written information inside the file of the dates that calls were made to the Dothan Rescue Mission and the person she spoke at the Dothan Rescue Mission. The calls to the Dothan Rescue

*Mission will verify who the volunteer talked too and the answers that were given to the questions that the volunteer ask the Dothan Rescue Mission person about my not being able to stay at the Dothan Rescue Mission before giving assistant to the plaintiff. Hubert Colbert who was the Director of the Dothan Rescue Mission is a concern because the Defendants Attorney states that his client has stated that Hubert Colbert was being harassed by the plaintiff. The plaintiff will need to Supena the file to look over the file for information about any calls that were made to Dothan Rescue Mission.*

*Angela Denise Nails*
_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

## Certificate of service

*Certificate of service the date of below. The service of copies have been served on the Defendants Attorney. The service has been mail by United States Mail.*

*Attorney Walding*
*Post Office Box 1469*
*Dothan, Alabama 36302*

*United States Middle District Of Alabama*
*Post Office Box 711*
*Montgomery, Alabama 36101*

*This 08, day of December, 2006*

*Angela Denise Nails*
*ANGELA DENISE NAILS*
*PRO SE ATTORNEY*