IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 DEC 11  P 2: 25

ANGELA DENISE NAILS,

        Plaintiff,            Case Number 1:06cv737-WKW

DOTHAN RESUCE MISSION,

        Defendant,

## MOTION TO MEDIATION

The plaintiff is asking the court to set a mediation conference between the plaintiff and the defendant. To settle the complaint of this case between the plaintiff and the defendant before any trail. The plaintiff or defendant may ask for mediation at any time while a case is pending per program of voluntary mediation letter form the Middle District of Alabama Court.

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY

## Certificate of service

*Certificate of service the date of below. The service of copies have been served on the Defendants Attorney. The service has been mail by United States Mail.*

*Attorney Walding*
*Post Office Box 1469*
*Dothan, Alabama 36302*

*United States Middle District Of Alabama*
*Post Office Box 711*
*Montgomery, Alabama 36101*

*This 08 day of December, 2006*

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE ATTORNEY