IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv737-WKW |
| | ) |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of motion to mediation (Doc. # 21) filed December 12, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to "Notice Concerning Temporary Suspension of Magistrate Judge Mediation." The Clerk of the Court is DIRECTED to attach a copy of said notice to this order and send to all parties in this action.

DONE, this 13th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE