IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,          *
                              *
        PLAINTIFF,            *          1:06-CV-00737.WKW
                              *
vs.                           *
                              *
DOTHAN RESCUE MISSION,        *
                              *
        DEFENDANT.            *

## MOTION TO STRIKE

THE DEFENDANT, the Dothan Rescue Mission, moves the Court to Strike or Deny the Plaintiff's Amend Damages Amount served on December 8, 2006. In support of this request, the Defendant states:

1. On November 2, 2006, the Court entered a Scheduling Order setting forth a deadline to amend any pleading for Tuesday, November 28, 2006. The Plaintiff did not file her Amend Damages Amount until December 8, 2006, some 10 days after the deadline passed.

2. On or about September 20, 2006, the Court entered an Order stating, in relevant part:

> Additionally, the court notes that plaintiff's amended complaint was filed five days after the deadline established by this court. While the court will accept the amended complaint on this occasion, plaintiff is advised that she must comply precisely with the terms of any order entered by the court in this matter and

that, if she fails to comply with any future
order of the court, this action may be
dismissed.

3.    The Plaintiff now seeks to amend her complaint

again after the deadline for such an amendment has passed

and despite the Court s clear warning that she must follow

orders precisely.

4.    Parts, if not all, of the Plaintiff s  Amend

Damages Amount  are unintelligible.  The Defendant cannot

respond to motions or pleadings that are unintelligible.

WHEREFORE the Defendant moves the Court TO STRIKE or TO

DENY the Plaintiff  s  Amend Damages Amount.

                    HARDWICK, HAUSE, SEGREST & WALDING


                    BY:_____/s/ Kevin Walding_____
                         Kevin Walding (WAL036)
                         Attorney for Defendant
                         Post Office Box 1469
                         Dothan, Alabama 36302
                         Phone    (334)794-4144
                         Fax      (334)671-9330

## **CERTIFICATE OF SERVICE**

_____I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 13th day of December, 2006.


        /s/ Kevin Walding
        Of Counsel