**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 19, 2006

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Angela Nails vs. Dothan Rescue Mission**
**Case Number: 1:06cv737-WKW**

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 12/13/2006 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 23 filed electronically by counsel which did not contain his electronic signature on the Certificate of Service page.**

**The corrected pdf document is attached to this Notice.**

```
         IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

## MOTION TO STRIKE

THE DEFENDANT, the Dothan Rescue Mission, moves the Court to Strike or Deny the Plaintiff s Amend Damages Amount served on December 8, 2006. In support of this request, the Defendant states:

1. On November 2, 2006, the Court entered a Scheduling Order setting forth a deadline to amend any pleading for Tuesday, November 28, 2006. The Plaintiff did not file her Amend Damages Amount until December 8, 2006, some 10 days after the deadline passed.

2. On or about September 20, 2006, the Court entered an Order stating, in relevant part:

> Additionally, the court notes that plaintiff s amended complaint was filed five days after the deadline established by this court. While the court will accept the amended complaint on this occasion, plaintiff is advised that she must comply precisely with the terms of any order entered by the court in this matter and

      that, if she fails to comply with any future order of the court, this action may be dismissed.

3.   The Plaintiff now seeks to amend her complaint again after the deadline for such an amendment has passed and despite the Court's clear warning that she must follow orders precisely.

4.   Parts, if not all, of the Plaintiff's "Amend Damages Amount" are unintelligible.  The Defendant cannot respond to motions or pleadings that are unintelligible.

WHEREFORE the Defendant moves the Court TO STRIKE or TO DENY the Plaintiff's "Amend Damages Amount."

                HARDWICK, HAUSE, SEGREST & WALDING

                BY:   /s/ Kevin Walding  
                    Kevin Walding (WAL036)  
                    Attorney for Defendant  
                    Post Office Box 1469  
                    Dothan, Alabama 36302  
                    Phone    (334)794-4144  
                    Fax      (334)671-9330

**CERTIFICATE OF SERVICE**

     I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 13th day of December, 2006.

                          /s/ Kevin Walding
                          Of Counsel