## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTH DIVISION

ANGELA DENISE NAILS,

          Plaintiff,          Case Number 1:06cv737-WKW

DOTHAN RESUCE MISSION,

          Defendant,

## MOTION FOR LEAVE TO AMEND

The plaintiff in the above style case is asking that the court consider the plaintiff **Motion For Leave To Amend** Federal Rule Of Civil Procedure 15(b).

*/s/ Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.*

ATTORNEY WALDING
POST OFFICE BOX 1469
DOTHA, ALABMA 36302

UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABMA 36101

*The 15th day of December, 2006*

_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Case Number 1:06cv737-WKW

DOTHAN RESUCE MISSION,

        Defendant,

### ADMEND DAMAGES AMOUNT

The plaintiff in the above style case is asking the court to extend the damage amount of $10,000.00 to amount of $300,000.00. The plaintiff is asking that the amount for damages be changed the plaintiff civil rights have been violated by the defendants. The defendant is refusing to take any responsibilities for the issues of the complaint. The defendant claim is that the defendant has not done any harm to damage the plaintiff civilly. The defendant have not taken any responsibilities for the evidence that they have provided to the plaintiff. A registration card or other documents that incorrectly demonstrates that the plaintiff information on the documents are in fact the plaintiff was responsible for issues the complaint against the

*defendant state the plaintiff in the claim is responsible for any claim stated in the complaint against the defendant. The plaintiff has documents that were mailed to the plaintiff form the defendant attorney that will show that the defendant organization has hand written in information on forms and that the plaintiff is not aware of any information. The plaintiff civil rights have been violated due to the information provided from the defendant attorney to the plaintiff.*

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY

UNITED STATES
POSTAL SERVICE

Label/Receipt Number: **0304 1560 0006 6898 3575**
Status: **Delivered**

Your item was delivered at 7:32 AM on December 9, 2006 in DOTHAN, AL 36302.

Enter Label/Receipt Number.

Get current event information or updates for your item sent to you or others by email.



## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.*

ATTORNEY WALDING
POST OFFICE BOX 1469
DOTHA, ALABAMA 36302


UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABMA 36101


The 07th day of December, 2006

*Angela Denise Nails*
ANGELA DENISE NAILS

*PRO SE ATTORNEY*