## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

### ENTRY OF APPEARANCE

PATRICK MOODY, Esq., Hardwick, Hause, Segrest & Walding, Dothan, Alabama hereby moves the Court to note this his entry of appearance as counsel for and on behalf of Defendant Dothan Rescue Mission and requests the Court and opposing counsel to serve all future Orders, notices, pleadings, and the like on him.

THIS the 20th day of December, 2006.

  HARDWICK, HAUSE, SEGREST & WALDING


  BY:   /s/ Patrick Moody
      Patrick Moody (MOO110)
      ASB-0905-T73M
      Attorney for Defendant
      Post Office Box 1469
      Dothan, Alabama 36302
      Phone:   (334) 794-4144
      Fax:     (334) 671-9330

**CERTIFICATE OF SERVICE**

I hereby certify that, this date, I have served a copy of this document on the following attorney (s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

This the 20th day of December, 2006.

                                               /s/ Patrick Moody
                                               Of Counsel