IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv737-WKW |
| | ) (WO) |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion of subpoena (Doc. # 20), it is

ORDERED that the motion is DENIED to the extent that it seeks an order directing the Clerk to serve a subpoena. Plaintiff may contact the Clerk's office for assistance in obtaining a subpoena.

It is further ORDERED that plaintiff's motion to amend the complaint (Doc. # 25) is DENIED. Plaintiff has not shown good cause for extension of the deadline previously established by the court for amending pleadings.

It is further ORDERED that defendant's motion to strike plaintiff's amended pleading (Doc. # 23) is GRANTED.

Additionally, the court is unable to determine the nature of the relief plaintiff seeks in her motion of issues of deposition (Doc. # 27). Accordingly, it is ORDERED that the motion is DENIED without prejudice.

DONE, this 21st day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE