IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| vs. | * | |
| | * | |
| DOTHAN RESCUE MISSION, | * | |
| | * | |
| DEFENDANT. | * | |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

THE DEFENDANT, the Dothan Rescue Mission, moves the Court to Strike or Deny the Plaintiff's "Motion for Leave to Amend" filed on December 18, 2006. In support of this request, the Defendant states:

1. On November 1, 2006, the Court entered a Scheduling Order setting forth a deadline to amend any pleading for Tuesday, November 28, 2006. The Plaintiff did not file her "Motion for Leave to Amend" until December 18, 2006, some 20 days after the deadline passed.

2. On or about September 20, 2006, the Court entered an Order stating, in relevant part:

> Additionally, the court notes that plaintiff's amended complaint was filed five days after the deadline established by this court. While the court will accept the amended complaint on this occasion, plaintiff is advised that she must comply precisely with the terms of any

        order entered by the court in this matter and that, if she fails to comply with any future order of the court, this action may be dismissed.

3. The Plaintiff now seeks to amend her complaint again after the deadline for such an amendment has passed and despite the Court's clear warning that she must follow orders precisely.

4. The Plaintiff apparently bases her "Motion for Leave to Amend" on Federal Rule of Civil Procedure 15(b). Rule 15(b) concerns situations where issues that were not raised by the pleadings are tried by the express or implied consent of the parties. There have been no issues tried in this case. Therefore, Rule 15(b) is not applicable and a Motion based on this rule should be denied.

5. Even if this Court decides that Rule 15(b) is applicable, any amendments to the Plaintiff's Complaint would prejudice the Defendant and add substantial burdens and costs in defending this action. Pursuant to the timeline given in this Court's Scheduling Order, the Defendant deposed the Plaintiff on December 6, 2006. If the Plaintiff is allowed to amend her Complaint and add issues after the deadline for doing so has expired, the Defendant will have to re-depose the Plaintiff and reissue discovery

requests concerning the amendments.

6. This Court's Scheduling Order of November 1, 2006, sets the deadline for dispositive motions as January 29, 2007. The Defendant would not have sufficient time to conduct discovery and another deposition concerning any amendments before the January 29th deadline. This would severely prejudice the Defendant and it could not present a defense to all issues upon the merits in such a short time frame.

7. To the extent the Plaintiff's Motion for Leave to Amend is related to the Plaintiff's Amend Damages Amount the Defendant incorporates by reference its Motion to Strike filed with this Court on December 13th, in its entirety.

WHEREFORE the Defendant moves the Court TO STRIKE or TO DENY the Plaintiff's Motion for Leave to Amend.

                              HARDWICK, HAUSE, SEGREST & WALDING

                              BY:     /s/ Kevin Walding
                                  Kevin Walding (WAL036)
                                  Attorney for Defendant
                                  Post Office Box 1469
                                  Dothan, Alabama 36302
                                  Phone    (334)794-4144
                                  Fax      (334)671-9330

```
                    BY:       /s/Patrick B. Moody
                          Patrick B. Moody (MOO110)
                          Attorney for Defendant
                          Post Office Box 1469
                          Dothan, Alabama 36302
                          Phone    (334)794-4144
                          Fax      (334)671-9330
```

**CERTIFICATE OF SERVICE**

     I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 21st day of December, 2006.

```
                             /s/ Kevin Walding
                          Of Counsel
```