IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

RECEIVED
2006 DEC 20 A 9:30

ANGELA DENISE NAILS,

      Plaintiff,                 Case Number 1:06cv00737WKW

DOTHAN RESUCE MISSION,

      Defendant,

MOTION FOR JUDGEMENT

The plaintiff in the above style case is asking the court to consider **Judgement** for the plaintiff against the Dothan Rescue Mission for the following reasons.

1. The defendant's failed to give answers of response to all the questions to the **Defendant's Response To Plaintiff Interrogatories**. FRCP Rule 33 Fails to answer interrogatories.

2. The defendant's attorney realized that his clients the Dothan Rescue Mission was responsible for making a statement to every question of the plaintiff Interrogatories. FRCP Rule 37 (a) Authorizing motion to Compel answer or questions put at.

3. *The defendants attorney advise his client not to answer all questions on the **Defendant's Response To Plaintiff Interrogatories** because there were many of the questions that stated attorney client work relationship. Additional statement provided was the information was provided to the plaintiff in the defendant's initial disclosure required by FRPC Rule 26.*

4. *The defendant's attorney is will aware that the Interrogations questions and disclosure questions and answers on December 6, 2006 was not to benefit the plaintiff but to benefit the defendant's attorney for the use of the defendant's issues against the plaintiff complaint brought against the defendant's before any court proceeding begin FRCP Rule 7026 Interrogation are written questions about the case that one side gives to the other in order to gain written responses. The defendant's attorney is aware the information gather on December 6, 2006 was to help the defendant's to persue the complaint of action against the defendant's.*

5. *The defendant's answer to the question number 5 is asking for the background of the person that is the manger of the Dothan Rescue Mission and the board members. The question was not answered by the defendant's. The answer is needed to examine the answer before court*

*Proceedings FRCP Rule 33 Fails to answer an interrogatories.*

6. *The entire **Defendant's Response To Plaintiff Interrogatories**, **Defendant's Response To Plaintiff Request For Production** and **Defendant's Response To Plaintiff Request For Admission** questions were not answered as the question was ask for the defendant's to answer for FRCP Rule 34 Production of documents and things and entry upon land for inspection and other purposes, Interrogatories. FRCP Rule 33 Use to obtain discovery from parties to the suite and admissions. FRCP Rule 16 Admission proof of prombles.*

7. *The defendant's and defendant's attorney unwillness to answer question number four of the **Defendant's Response To Plaintiff Request For Production** is against the code of conduct of the Model Rule 1.5. For the defendant's answer the defendant's states document were given to the plaintiff. The plaintiff did not ever receive any document or documents from the defendant's referencing the question number four FRCP Rule 3.7 Attorney Professional Conduct. The plaintiff contest that the defendant's they are not willing to support any answers of many of the questions and answers in the plaintiff disclosure against the defendant's. The plaintiff is*

asking the court to consider the facts and to support the plaintiff reasons in the motion and pleadings against the defendant's. The defendant's pleading should not stand for reason in the plaintiff motion. The defendant's efforts are not professional nor are the defendant's qaulied to be material for court procedures. The defendant's claims that they have not done any wrong doing toward the plaintiff. The defendant's unethical actions before the court and the FRCP Rule 11 Having a practical revision in 1993 salutary effect on attorney behavior frivolous filling. The plaintiff is pleading the case against the defendant's and is asking that the case is not continued and that the judgement for damages go to the plaintiff. The defendant's Code Of Conduct dose not follow the FRCP Rules to support there complaint within the FRCP.

_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.*

*Attorney Walding*
*P.O. Box 1469*
*Dothan, Alabama 36302*

*United States Middle Distinct Of Alabama*
*P.O. Box 711*
*Montgomery, Alabama 36101*

*This 19, day of December, 2006*

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY