IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,               )
                                   )
          Plaintiff,               )
                                   )
v.                                 )   CIVIL ACTION NO. 1:06cv737-WKW
                                   )              (WO)
DOTHAN RESCUE MISSION,             )
                                   )
          Defendant.               )

## **ORDER**

This action is presently before the court on plaintiff's motion for judgment (Doc. #

30), which the court construes as a motion to compel discovery.  Plaintiff appears to

complain of defendant's failure to answer her discovery requests fully; however, the court

is unable to determine the precise nature of the discovery dispute from plaintiff's motion.

Plaintiff has failed to set forth the text of the particular requests as to which she seeks to

compel a response, and she has failed to include defendant's responses.  See Local Rule 37.2

("Any discovery motion filed pursuant to Fed. R. Civ. P. 26(c) and 37 shall include, in the

motion itself or in an attached memorandum, a verbatim recitation of each interrogatory,

request, answer, response, and objection which is the subject of the motion or a copy of the

actual discovery document which is the subject of the motion.").

Additionally, the motion is due to be denied pursuant to Federal Rules of Civil

Procedure 26(c) and 37(a)(2)(B) and ¶ 5 of the General Order of this court entered on

November 22, 1993.

The applicable provision of this court's General Order reads as follows:

The court will not consider any motion relating to discovery, such as a motion to compel or a motion for protective order, unless the motion is accompanied by a written certification that the moving party has made  reasonable good-faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

Federal Rules of Civil Procedure 26(c) and 37(a)(2)(B), as amended on December 1, 1993, require litigants to seek to resolve discovery disputes by a good faith <u>conference</u> before seeking court intervention.  Discovery motions filed pursuant to these Rules <u>must be accompanied by a certification</u> that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action.

Plaintiff has included no certification that she has, in good faith, conferred with defendant's attorney in an attempt to resolve this matter without the intervention of this court.

Accordingly, it is

ORDERED that plaintiff's motion (Doc. # 30) is DENIED without prejudice.

DONE, this 22nd day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE