IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,                  Case No. 1:06cv00737WKW

DOTHAN RESUCE MISSION,

    Defendant,

MOTION OF ISSUE OF MOTION FOR JUGEMENT

The plaintiff received an order dated December 22, 2006. In the order it states plaintiff has failed to set forth the text of the particular requests as to which she seeks to compel a response, and she has failed to include defendant's responses. How can the court misunderstand that the plaintiff **MOTION FOR JUGEMENT** to be construed as a motion to complied discovery, when the plaintiff clearly states in the plaintiff **MOTION FOR JUDGEMENT** that the defendant did not use good judgement or make a good faith effort to answer all of the plaintiff disclosure questions mailed to the defendant attorney. The plaintiff is stating that the defendant's did not answer all questions with an answer. Most of the question on the plaintiff disclosure to the defendant said **ATTORNEY CLIENT WORK RELATIONSHIP** etc. More than 70% of the questions ask to the defendant

*on the disclosure were not answered. Plaintiff wants the defendant's to go threw the discloure questions again and answer all the questions with a fair answer. And not the same answers the defendant's gave to the questions before. The plaintiff is having a promble with the defendant's attorney and the defendant's not showing* **GOOD FAITH** *toward working to get this case settled between the plaintiff and defendant's. The plaintiff would like to have a response form the court stating why the defendant's did not answer all the disclosure questions fairly. The plaintiff would like to know why the defendant's attorney requested the defendant's to put answers to most of the questions* **ATTORNEY CLIENT WORK RELATIONSHIP.**

*/s/ Angela Denise Nails*
ANGELA DENSIE NAILS

*PRO SE ATTORNEY*

# CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302

This 26, day of December, 2006

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

ANGELA DENISE NAILS,

   Plaintiff,      Case Number 1:06cv00737WKW

DOTHAN RESUCE MISSION,

   Defendant,

MOTION FOR JUDGEMENT

The plaintiff in the above style case is asking the court to consider **Judgement** for the plaintiff against the Dothan Rescue Mission for the following reasons.

1. The defendant's failed to give answers of response to all the questions to the **Defendant's Response To Plaintiff Interrogatories**. FRCP Rule 33 Fails to answer interrogatories.

2. The defendant's attorney realized that his clients the Dothan Rescue Mission was responsible for making a statement to every question of the plaintiff Interrogatories. FRCP Rule 37 (a) Authorizing motion to Compel answer or questions put at.

3. The defendants attorney advise his client not to answer all questions on the **Defendant's Response To Plaintiff Interrogatories** because there were many of the questions that stated attorney client work relationship. Additional statement provided was the information was provided to the plaintiff in the defendant's initial disclosure required by FRPC Rule 26.

4. The defendant's attorney is will aware that the Interrogations questions and disclosure questions and answers on December 6, 2006 was not to benefit the plaintiff but to benefit the defendant's attorney for the use of the defendant's issues against the plaintiff complaint brought against the defendant's before any court proceeding begin FRCP Rule 7026 Interrogation are written questions about the case that one side gives to the other in order to gain written responses. The defendant's attorney is aware the information gather on December 6, 2006 was to help the defendant's to persue the complaint of action against the defendant's.

5. The defendant's answer to the question number5 is asking for the background of the person that is the manger of the Dothan Rescue Mission and the board members. The question was not answered by the defendant's. The answer is needed to examine the answer before court

*Proceedings FRCP Rule 33 Fails to answer an interrogatories.*

6. *The entire* **Defendant's Response To Plaintiff Interrogatories,** **Defendant's Response To Plaintiff Request For Production** *and* **Defendant's Response To Plaintiff Request For Admission** *questions were not answered as the question was ask for the defendant's to answer for FRCP Rule 34 Production of documents and things and entry upon land for inspection and other purposes, Interrogatories. FRCP Rule 33 Use to obtain discovery from parties to the suite and admissions. FRCP Rule 16 Admission proof of prombles.*

7. *The defendant's and defendant's attorney unwillness to answer question number four of the* **Defendant's Response To Plaintiff Request For Production** *is against the code of conduct of the Model Rule 1.5. For the defendant's answer the defendant's states document were given to the plaintiff. The plaintiff did not ever receive any document or documents from the defendant's referencing the question number four FRCP Rule 3.7 Attorney Professional Conduct. The plaintiff contest that the defendant's they are not willing to support any answers of many of the questions and answers in the plaintiff disclosure against the defendant's. The plaintiff is*

asking the court to consider the facts and to support the plaintiff reasons in the motion and pleadings against the defendant's. The defendant's pleading should not stand for reason in the plaintiff motion. The defendant's efforts are not professional nor are the defendant's qaulied to be material for court procedures. The defendant's claims that they have not done any wrong doing toward the plaintiff. The defendant's unethical actions before the court and the FRCP Rule 11 Having a practical revision in 1993 salutary effect on attorney behavior frivolous filling. The plaintiff is pleading the case against the defendant's and is asking that the case is not continued and that the judgement for damages go to the plaintiff. The defendant's Code Of Conduct dose not follow the FRCP Rules to support there complaint within the FRCP.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY