IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Case Number 1:06cv737WKW(WO)

DOTTHAN RESUCE MISSION,

        Defendant,

## MOTION OF CERTIFICATION

The plaintiff is accompanying a **CERTIFICATION** that the has movant in good faith attempted to confer with other affected parties in an effort to resolve the dispute without court action on December 18 2006. FRCP Rule 37.

_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.*

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302

This 26, day of December, 2006

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.*

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

*Attorney Walding*
P.O. Box 1469
Dothan, Alabama 36302

This 26, day of December, 2006

*Angela Denise Nails*
ANGELA DENISE NAILS

*PRO SE ATTORNEY*