IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv737-WKW |
| ) | (WO) |
| DOTHAN RESCUE MISSION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is presently before the court on plaintiff's "motion of issue of motion for jugement [sic]" (Doc. # 33), which the court construes as a motion to reconsider its previous order denying plaintiff's motion for judgment (Doc. # 30).[1] In the present motion, plaintiff continues to complain of defendant's failure to answer her discovery requests fully; however, the court remains unable to determine the precise nature of the discovery dispute. The court previously advised plaintiff of the requirement of Local Rule 37.2 that any discovery motion include either a copy of the discovery requests and responses at issue or "a verbatim recitation of each interrogatory, request, answer, response, and objection which is the subject of the motion[.]" Plaintiff has not complied with this requirement and, thus, the court cannot

---

[1] Although plaintiff requested "judgement," the previous motion (Doc. # 30), which the court construed as a motion to compel, does not appear to seek judgment in the Rule 58 sense. See Motion (Doc. # 33)("How can the court misunderstand that the plaintiff **MOTION FOR JUGEMENT** to be construed as motion to complied discovery, when the plaintiff clearly states in the plaintiff **MOTION FOR JUDGEMENT** that the defendant did not use good judgement or make a good faith effort to answer all of the plaintiff disclosure questions mailed to the defendant attorney."). Accordingly, the motion was properly construed as a discovery motion.

enter an order compelling responses to discovery.

Accordingly, it is

ORDERED that plaintiff's motion to reconsider (Doc. # 33) is DENIED without prejudice.

DONE, this 3rd day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE