```
       IN THE UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF ALABAMA
                SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
|     PLAINTIFF, | * | 1:06-CV-00737.WKS |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
|     DEFENDANT. | * | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On February 9, 2007, the Plaintiff and counsel for the Defendant conducted a face-to-face settlement conference. Despite good faith effort, settlement could not be reached. Mediation will not assist the parties in reaching settlement.

                        HARDWICK, HAUSE, SEGREST & WALDING

                        BY: /s/ Patrick B. Moody
                              Patrick B. Moody (MOO110)
                              Post Office Box 1469
                              Dothan, Alabama 36302
                              Phone:   (334) 794-4144
                              Fax:     (334) 671-9330

                              ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 12th day of February, 2007.

                                       /s/ Patrick B. Moody
                                       Of Counsel