# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA DENISE NAILS,** | * |
| | * |
| PLAINTIFF, | *     1:06-CV-00737.WKS |
| | * |
| vs. | * |
| | * |
| **DOTHAN RESCUE MISSION,** | * |
| | * |
| DEFENDANT. | * |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On February 9, 2007, the Plaintiff and counsel for the Defendant conducted a face-to-face settlement conference. Despite good faith effort, settlement could not be reached. Mediation will not assist the parties in reaching settlement.

                HARDWICK, HAUSE, SEGREST & WALDING

                BY: /s/
                    Patrick B. Moody (MOO110)
                    Post Office Box 1469
                    Dothan, Alabama 36302
                    Phone:    (334) 794-4144
                    Fax:      (334) 671-9330

                    ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

This the 12th day of February, 2007.

/s/
Of Counsel