**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Angela Denise Nails vs. Dothan Rescue Mission, et al**

**Case Number: 1:06cv737-WKW**
**Re: Document #39 Notice of Mediation and Settlement Conference**

**Reference is made to document # 39 filed electronically by counsel which did not contain his electronic signatures. In addition to this, documents #40 and #41 are hereby STRICKEN from the record as duplicate entries to #39. Parties are directed to disregard these entries on the docket.**

**The corrected pdf document is attached to this Notice.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKS |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On February 9, 2007, the Plaintiff and counsel for the Defendant conducted a face-to-face settlement conference. Despite good faith effort, settlement could not be reached. Mediation will not assist the parties in reaching settlement.

        HARDWICK, HAUSE, SEGREST & WALDING


        BY: /s/ Patrick B. Moody
           Patrick B. Moody (MOO110)
           Post Office Box 1469
           Dothan, Alabama 36302
           Phone: (334) 794-4144
           Fax:  (334) 671-9330

           ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 12th day of February, 2007.

                                       /s/ Patrick B. Moody
                                       Of Counsel