IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

Plaintiff,

V

DOTHAN RESUCE MISSION,

Defendant,

RECEIVED

2007 FEB 13 A 10: 02

..BRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1: 06 CV 737 -WKW- SRW

## SETTLEMENT

The plaintiff and the defendant meet on February 9, 2007 3:00 pm at the office

Attorney Walding. The plaintiff and the defendant did not agree on a settlement.


*Angela Denise Nails*
_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

*The plaintiff hereby certify that this date that the plaintiff has served a*

*copy of this document on the defendant by placing the document in the*

*United States Mail in a properly addressed envelope with prepaid postage.*

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302

The 10th February 2007

ANGELA DENISE NAILS

PRO SE ATTORNEY