*IN THE UNSTATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF ALABAMA*
*SOUTHERN DIVISION*

*ANGELA DENISE NAILS,*

      *Plaintiff,*

*v.*

*DOTHAN RESCUE MISSSION,*

      *Defendant(s),*

*Case No. 1:06cv00737-WKW*

*MOTION AGAINST SUMMARY JUDGEMENT*

    *The plaintiff in the case see no reason for Summary Judgement rule 56(e). See the following statement(s) and document(s) attached to motion request. See document A Brad Hardy statement in his Affidavit inside the title book Evidentiary Materials dated December 14, 2006. The defendant states that he is the Executive Director of the DRM. The defendant states that he knowledge of all the services the DRM has to offer to the public and this gives him the advantage of knowing what is offer to the public from the DRM. The defendant should also have knowledge and the understanding of how the registration cards are completed. The defendant dose show any documents as part of his statements to his title. Nor are copies of the DRM*

*rules see attach document. The defendant statement as to the plaintiff requested to live at the DRM as a resident even when the plaintiff had a lease the defendant dose not produce the plaintiff application showing the plaintiff requested to live as a resident at the DRM. The plaintiff requested help from the DRM for assistant maybe with rent money. As will the plaintiff went to speak about the information in the plaintiff folder about never being to be resident at the DRM again. The defendant never gives the date that the plaintiff request was made in his statements. The defendant states that the plaintiff received meal vouchers to eat at the DRM cafeteria but the meal vouchers were revoked because the plaintiff was heard talking about the DRM negatively. The defendant has never given anyone names to who heard the plaintiff talking against the DRM. The plaintiff has never had anything to say about the DRM cafeteria. The plaintiff was ask to never come back to the DRM cafeteria after 9 meals of a total of 14 meals were given to the plaintiff to eat inside the DRM cafeteria. Lee Armstrong who over sees the DRM cafeteria told the plaintiff that Brad Hardy call his and told him to tell the plaintiff that the plaintiff was not allowed to eat at the cafeteria. When the plaintiff ask what the plaintiff had done Lee Armstrong told the plaintiff that the plaintiff had not done anything. Then Lee Armstrong Brad Hardy did not want the plaintiff ever on the DRM*

*property. The defendant statements about religious organization.  This case has nothing to do with religion.  The plaintiff has no interest against the DRM being a religious organization.  The defendant statements of the DRM receives money form Project Care to help assist with utilities when a person has a request for assistant with there light bills.  The defendant also makes the statement that Project Care is not a grant.  See document B the defendant Anna Clubreth in her statement she states that she worked as the Assistant to the Executive Director intill 2004.  She never states when her services began.  The defendant states that she also has the knowledge of the DRM service to the public also the services DRM offers  to the public. These services  would  include providing a copy of the DRM rules.  The defendant statement the defendant has knowledge of  the  policies.  The defendant states the defendant husband was contacted at home.   The defendant dose not state the month day or the year this occurred.  The defendant states in the Affidavit  that because of  the telephone calls and rules being broken at the DRM the defendant states that after the information of  the rule being broken by the plaintiff from the lodge manager the defendant decision was not to allow the plaintiff ever to be a resident at the DRM.  The defendant dose not include any statement form the lodge manager of  the rules being broken by the plaintiff  nor is their any statement*

from any one of the residents of the plaintiff conduct. The Affidavit statement form Angela Palmer she states that she is the City of Dothan Finance Director. See document C Angela Palmer statement is that Project Care is a program whereby Dothan Utility customers may choose to donate funds to help less fortunate citizens. And that Project Care is simply a step to helping others and not a grant given to help others. Project Care is a grant. The defendant states the plaintiff refuses to follow DRM rules. The plaintiff is complaning of the entry written information on the registration card dated year 1996. The plaintiff was not a resident of the DRM during that year. See document E the attached documents provided form the state of Florida of the plaintiff resident address. Information on the registration card was had written by a DRM employee not by the plaintiff. Even though the plaintiff signed the registration card. The plaintiff who should have never been barred form life during that year because the plaintiff was a resident of another state. As will Anna Culbreth Affidavit she did not state when she began working for the DRM. Anna Culbreth only states the year her work history ended for the DRM in 2004. See document F IRS 501(c)(3). The defendant DRM filing under IRS 501(c)(3) the defendant is stating that the defendant is a religious organization. The defendant in the being and threw the document(s) submitted to the court has continued to

state that they filing a 501(c)(3) because they can file the except form due to
they are working as a religious organization.  The IRS dose not allow only
one part of any service.  The defendant must only be a church and be one of
the other 501(c) (3) exception which the defendant(s) are not one of the
501(c)(3) exceptions of the IRS.


_Angela Denise Nails_
ANGELA DENISE NAILS
ATTORNEY PRO

_Angela Denise Nails_
_ANGELA DENISE NAILS_

_ATTORNEY PRO_

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a

copy of this document on the defendant by placing the document in the

United States Mail in a properly addressed envelope with prepaid postage.

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302

The 8th February 2007

Angela Denise Nails
ANGELA DENISE NAILS

PRO SE ATTORNEY

# DOCUMENT A

Part of my job as Executive Director is reviewing the files of people who apply for assistance from the Mission. In January of 2005, I reviewed the Mission's file on Nails when she applied for assistance. I also interviewed Nails to determine her financial needs. Her file showed that she had broken rules at the Mission in the past, and that the previous Director had barred her from the Mission. Nails indicated to me that she had shelter, but she wanted to stay at the Mission to save rent money. After learning these facts, I denied Nails any financial assistance or shelter.

I did provide Nails with meal vouchers for the cafeteria on quite a few occasions. These vouchers were revoked, however, after I learned that Nails was speaking negatively of the Mission while she was using our cafeteria.

As Executive Director of the Rescue Mission I am the custodian of records for the Rescue Mission. The documents marked as Defendant's Exhibits 1 through 20 are true and correct copies of official records of the Mission, all of which are kept in the ordinary course of business for the Mission.

The work of the Dothan Rescue Mission is solely supported by private donations from churches, individuals, and businesses. The Mission does not receive any federal, state or local government funds of any kind. The Mission is considered a religious organization under section 501(c)(3) of the tax code.

The Dothan Rescue Mission is not a branch or department of the City of Dothan. The only contact the Mission has with the City of Dothan is through a program called Project Care.

Project Care is a program that allows Dothan utility customers to donate their private funds to help less fortunate citizens with their utility bills. This program is completely voluntary. No Dothan utility customer is required to donate funds and no tax dollars are used for this fund.

The utility department for the City of Dothan simply forwards the privately donated funds to the Rescue Mission. The Mission then disburses these funds to applicants who

have demonstrated a financial need with their electric
bills.  The Mission does not receive any support from City
funds, that is, from taxpayer funds.  The funds from Project
Care are private funds that come from utility customers who
choose to donate.

    The facts stated above are true and correct.

BRAD HARDY

    Sworn to and subscribed before me on this the _14th_ day
of December, 2006.

(S E A L)

NOTARY PUBLIC

MY COMMISSION EXPIRES:
_5/09/2010_

# DOCUMENT B

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,          *
                              *
        PLAINTIFF,            *          1:06-CV-00737.WKW
                              *
vs.                           *
                              *
  )THAN RESCUE MISSION,       *
                              *
        DEFENDANT.            *


## AFFIDAVIT OF ANNA CULBRETH

STATE OF WASHINGTON       )
                          )
KING COUNTY               )

Before me, the undersigned authority, personally appeared ANNA CULBRETH, who, being duly sworn, deposes and says as follows:

My name is Anna Culbreth. I am over 19 years of age and am a resident of the State of Washington, residing in Redmond, King County Washington. I have personal knowledge of the facts stated below.

I was employed as the Assistant Executive Director of the Dothan Rescue Mission until 2004. The Dothan Rescue Mission is a privately funded religious organization assisting the less fortunate citizens of Dothan and the surrounding areas.  The Mission provides housing assistance, meals, and financial assistance to less fortunate citizens. As part of the Mission's program, guests are required to attend religious services every night.

Guests at the Mission are required to follow rules and procedures designed to protect their safety and to accomplish the purposes of the Mission.  If a guest refuses to follow these rules and procedures, they are asked to leave the Mission.

I remember working with Angela Denise Nails on numerous occasions. Nails refused to follow many of the rules at the Mission. She seemed to have trouble following our program and wanted to do things her own way.

Nails called my husband, Harry Culbreth, and I at home quite a few times complaining about the Mission, and the requirements of the Mission's program.

Because of the phone calls and the discussions with the women's lodge manager concerning Nails's conduct and her refusal to follow the rules, we decided to ask her to never come to the Mission again.

On several occasions after we barred Nails, the Mission provided her with meal cards and other assistance, but we did refuse to allow her to reside in the Mission.

The facts stated above are true and correct.

_____
ANNA CULBRETH

Sworn to and subscribed before me on this the 18th day of December _____, 2006 .

(S E A L)

Notary Public
The State Of Washington
L. DIACONU
My Commission Expires APR 19, 2009

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
April 19, 2009

# DOCUMENT C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,      *
                          *
    PLAINTIFF,            *       1:06-CV-00737.WKW
                          *
vs.                       *
                          *
                          *
DOTHAN RESCUE MISSION,    *
                          *
    DEFENDANT.            *

## AFFIDAVIT OF ANGELA PALMER

STATE OF ALABAMA    )
                    )
HOUSTON COUNTY      )

    Before me, the undersigned authority, personally appeared ANGELA PALMER, who, being duly sworn, deposes and says as follows:

    My name is Angela Palmer. I am over 19 years of age and am a resident of the State of Alabama, residing in Dothan, Houston County, Alabama. I have personal knowledge of the facts stated below.

    I am employed by the City of Dothan as the City Finance Director. Project Care is a program whereby Dothan Utility customers may choose to donate funds to help less fortunate citizens with their utility bills. The money donated by the citizens is in addition to the amount they owe Dothan Utilities. Dothan Utilities simply gathers the donated money and passes it along to The Dothan Rescue Mission. No matching funds from the City of Dothan are given to the Mission. The City does not donate any money from any source of revenue to Project Care.

    All money given to The Dothan Rescue Mission through Project Care is by private donations from Dothan utility customers. The Dothan Rescue Mission has complete control over how the donated funds are disbursed. Basically the

utility office turns over any donated money, and then The
Rescue Mission determines the criteria for applicants and
who is eligible to receive these funds.  The Rescue Mission
is in charge of distributing these funds.  The City of
Dothan nor Dothan utilities is involved in any way with the
distributing of these funds.

The Dothan Rescue Mission is not an entity or office of
the City of Dothan.  The City has no control over nor
involvement with any aspect of The Dothan Rescue Mission.

The facts stated above are true and correct.

_____
ANGELA PALMER

Sworn to and subscribed before me on this the 21 day
of December, 200 6.



_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
July 1, 2008

# DOCUMENT D

DOTHAN RESCUE MISSION                    REGISTRATION CARD

NAME _ANGELA NAILS_

S.S. NO. _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_

RACE W B O

DATE OF BIRTH _1-8-61_

WHERE WERE YOU
LAST NIGHT? _Dothan_
COMING

DO YOU HAVE MEDICATION
WITH YOU? _NONE_
GOING

FROM? _None_
NEXT OF

TO? _____

KIN _None_

RELATION _____
CITY &

ADDRESS _____

STATE _____

I relieve the Dothan Rescue Mission, Inc. of all liability for any and all losses, injuries, damages, whatever, whether through intent, negligence, accident, whatever, and whenever sustained.

SIGNED _Angela Nails_

DATE _2-15-96_

REGISTERED BY _Pat Burroll_

TIME _4:00 P.M._

_BRUNSWICK COLLEGE I.O_

Defendant's Initial
Disclosure Documents  3





(205) 373-6583
Dorothy Barrell

This person is
persistant —
She's been barred
for life 1-30-05
about 2wks ago
she attempted to register
it told me she did have
a place & I notice a very
nice car —
This is able I does
have a place to stay —
she just wanted to
stay here — has jobs opportunity
has to wait long for ins — funds
is waiting for ins — funds
was in accident

barred for life
since 1996

# DOCUMENT E

```
AICI                    CASE INFORMATION              01/03/2007 11:00
CASE: 1051182875    CASELOAD: 011759
EFFECTIVE BEGIN DATE: 06/06/1995
SERVICE SITE: 46401                STATUS: CLOSED
CASE FILE LOCATION: CF  LOCATION DATE: 06061995  ERROR PRONE PROFILE:
            FIRST          MI LAST           SUF NOTICE LANG  LIVES IN HH
         PIP: ANGELA_____ D NAILS_____ ___      E          Y


                        NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
    HOUSEHOLD LIVING ADDRESS: 342____ ___ __  OKALOOSA_____ RD __ _____
                        _____  PHONE: _____
                   CITY: FT WALTON BCH__  STATE: FL ZIP: 32548____  CNTY: 46
EMAIL: _____     CELL: _____
IS MAILING ADDRESS SAME AS ABOVE? N
   HOUSEHOLD MAILING ADDRESS: _____ ___ __  P O BOX 4026_____ __ __ _____
      (IF DIFF FROM ABOVE)   _____
                   CITY: SHALIMAR_____  STATE: FL ZIP: 32579_____  DC:


PIP MAILING ADDRESS: (IF     _____ ___ __ _____ __ __ _____
   NOT RESIDENT IN HOUSEHOLD) _____  PHONE: _____
                   CITY: _____  STATE: __  ZIP: _____  DC:

NEXT TRAN: _____  PARMS: _____  MORE...
063 - INVALID PF KEY
```

```
AICI                     CASE INFORMATION              01/03/2007 11:10
CASE: 1051182875      CASELOAD: 011758
EFFECTIVE BEGIN DATE: 04/25/1996
SERVICE SITE: 46401                        STATUS: OPEN
CASE FILE LOCATION: IN  LOCATION DATE: 04251996  ERROR PRONE PROFILE: 00 00 00
            FIRST         MI LAST          SUF NOTICE LANG  LIVES IN HH
         PIP: ANGELA_____ D NAILS_____ ___        E          Y


                      NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
    HOUSEHOLD LIVING ADDRESS: 58_____ ___ __ ED BROWN_____ ST __ _____
                             _____ PHONE: _____
                      CITY: FT WALTON BCH__ STATE: FL ZIP: 32548_____ CNTY: 46
EMAIL: _____  CELL: _____
IS MAILING ADDRESS SAME AS ABOVE? N
    HOUSEHOLD MAILING ADDRESS: _____ ___ __ P O BOX 4026_____ __ __ _____
       (IF DIFF FROM ABOVE)
                      CITY: SHALIMAR_____ STATE: FL ZIP: 32579_____  DC:


PIP MAILING ADDRESS: (IF     _____ ___ __ _____ __ __ _____
   NOT RESIDENT IN HOUSEHOLD) _____ PHONE: _____
                      CITY: _____ STATE: __ ZIP: _____  DC:

NEXT TRAN: _____ PARMS: _____ MORE...
```

```
AICI                      CASE INFORMATION                01/03/2007 11:10
CASE: 1051182875      CASELOAD: 01CF46
EFFECTIVE BEGIN DATE: 03/14/1996
SERVICE SITE: 46400                        STATUS: PENDING
CASE FILE LOCATION: IN  LOCATION DATE: 03141996  ERROR PRONE PROFILE:
              FIRST         MI LAST          SUF NOTICE LANG  LIVES IN HH
          PIP: ANGELA_____ D NAILS_____ ___      E         Y

                              NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
      HOUSEHOLD LIVING ADDRESS: 58_____ ___ __ ED BROWN_____ __ __ _____
                              _____ PHONE: _____
                CITY: FT WALTON BEACH STATE: FL ZIP: 32548____ CNTY: 46
EMAIL: _____ CELL:  _____
IS MAILING ADDRESS SAME AS ABOVE? N
   HOUSEHOLD MAILING ADDRESS: _____ ___ __ P O BOX 4026_____ __ __ _____
     (IF DIFF FROM ABOVE)
                CITY: SHALIMAR_____ STATE: FL ZIP: 32579____  DC:

PIP MAILING ADDRESS: (IF      _____ ___ __ _____ __ __ _____
   NOT RESIDENT IN HOUSEHOLD) _____ PHONE: _____
                CITY: _____ STATE: __ ZIP: _____  DC:

NEXT TRAN: _____ PARMS: _____ MORE...
```

```
IQCH                        CASH ISSUANCE HISTORY              01/03/2007 11:06

DISTRICT CASE        CAT  SEQ   CSLD      WORKER    UNIT    SERV-SITE   STATUS
01       1051182875 ADCR 01    CF46      ▓▓▓▓     ▓▓▓▓      ▓▓▓▓          C

      ----------BENEFIT----------   GROSS    RECOUP   NET     STATUS
      DATE    PERIOD  NUMBER RSN    AMOUNT   AMOUNT ISSUANCE IS DS   PAYEE     ▓▓▓▓

 1 11011996 111996 4977375 000     153.00    0.00   153.00  IS PA A.NAILS     ▓▓▓
 2 10011996 101996 4756180 000     153.00    0.00   153.00  IS PA A.NAILS     ▓▓▓
 3 08241996 081996 4654924 938      99.00    0.00    99.00  IS PA A.NAILS     ▓▓▓
 4 09011996 091996 4491416 000     205.00    0.00   205.00  IS PA A.NAILS     ▓▓▓
 5 08011996 081996 4262545 000     106.00    0.00   106.00  IS PA A.NAILS     ▓▓▓
 6 07011996 071996 4039947 000     106.00    0.00   106.00  IS PA A.NAILS     ▓▓▓
 7 06011996 061996 6766519 000     142.00    0.00   142.00  IS PA A.NAILS     ▓▓▓
 8 05181996 051996 6723601 040      75.00    0.00    75.00  IS PA A.NAILS     ▓▓▓


                    ENTER SELECTION NUMBER: __


PFKEYS: 15=IQCP, 16=IQAP, 17=IQAM, 18=ABAB, 19=ABSB
NEXT TRAN: _____   PARMS: _____
063 - INVALID PF KEY
```

# DOCUMENT F

# Why apply
# for 501(c)(3) status?

The benefits of having 501(c)(3) status include exemption from federal income tax and eligibility to receive tax-deductible charitable contributions. To qualify for these benefits, most organizations must file an application with, and be recognized by, the IRS as described in this publication. Another benefit is that some organizations may be exempt from certain employment taxes.

Individual and corporate donors are more likely to support organizations with 501(c)(3) status because their donations can be tax deductible. Recognition of exemption under section 501(c)(3) of the IRC assures foundations and other grant-making institutions that they are issuing grants or sponsorships to permitted beneficiaries.

An IRS determination of 501(c)(3) status is recognized and accepted for other purposes. For example: state officials may grant exemption from state income, sales, and property taxes; and the U.S. Postal Service offers reduced postal rates to certain organizations.

# Who is eligible
# for 501(c)(3) status?

There are three key components for an organization to be exempt from federal income tax under section 501(c)(3) of the IRC. A not-for-profit (i.e., nonprofit) organization must be *organized* and *operated* exclusively for one or more *exempt purposes*.

*organized*—A 501(c)(3) organization must be *organized* as a corporation, trust, or unincorporated association. An organization's organizing documents (articles of incorporation, trust documents, articles of association) must: limit its purpose to those described in section 501(c)(3) of the IRC; not expressly permit activities that do not further its exempt purposes, i.e., unrelated activities; and permanently dedicate its assets to exempt purposes.

*operated*—Because a substantial portion of an organization's activities must further its exempt purpose(s), certain other activities are prohibited or restricted including, but not limited to, the following activities. A 501(c)(3) organization:

■ must absolutely refrain from participating in the political campaigns of candidates for local, state, or federal office

■ must restrict its lobbying activities to an insubstantial part of its total activities

■ must ensure that its earnings do not inure to the benefit of any private shareholder or individual

■ must not operate for the benefit of private interests such as those of its founder, the founder's family, its shareholders or persons controlled by such interests

■ must not operate for the primary purpose of conducting a trade or business that is not related to its exempt purpose, such as a school's operation of a factory

■ may not have purposes or activities that are illegal or violate fundamental public policy

*exempt purpose*—To be tax exempt, an organization must have one or more *exempt purposes*, stated in its organizing document. Section 501(c)(3) of the IRC lists the following exempt purposes: charitable, educational, religious, scientific, literary, fostering national or international sports competition, preventing cruelty to children or animals, and testing for public safety.

## 501(c)(3) Organizations

The most common types of 501(c)(3) organizations are charitable, educational, and religious.

**CHARITABLE**

Charitable organizations conduct activities that promote:
- relief of the poor, the distressed, or the underprivileged
- advancement of religion
- advancement of education or science
- erection or maintenance of public buildings, monuments, or works
- lessening the burdens of government
- lessening neighborhood tensions
- eliminating prejudice and discrimination
- defending human and civil rights secured by law
- combating community deterioration and juvenile delinquency

**EDUCATIONAL**

Educational organizations include:
- schools such as a primary or secondary school, a college, or a professional or trade school
- organizations that conduct public discussion groups, forums, panels, lectures, or similar programs
- organizations that present a course of instruction by means of correspondence or through the use of television or radio
- museums, zoos, planetariums, symphony orchestras, or similar organizations
- nonprofit day-care centers
- youth sports organizations

**RELIGIOUS**

The term *church* includes synagogues, temples, mosques, and similar types of organizations. Although the IRC excludes these organizations from the requirement to file an application for exemption, many churches voluntarily file applications for exemption. Such recognition by the IRS assures church leaders, members, and contributors that the church is tax exempt under section 501(c)(3) of the IRC and qualifies for related tax benefits. Other religious organizations that do not carry out the functions of a church, such as mission organizations, speakers' organizations, nondenominational ministries, ecumenical organizations, or faith-based social agencies, may qualify for exemption. These organizations must apply for exemption from the IRS. See Publication 1828, *Tax Guide for Churches and Religious Organizations*, for more details.

# ¨nstructions for Form 1023



Department of the Treasury
**Internal Revenue Service**

(Rev. June 2( )6)

## Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code

Section references are to the Internal Revenue Code unless otherwise noted.

**Contents**                                          **Page**
What's New . . . . . . . . . . . . . . . . . . . 1
How to Get Tax Forms and
Publications . . . . . . . . . . . . . . . . . 1
Overview of Section 501(c)(3)
Organizations . . . . . . . . . . . . . . . . 1
**General Instructions**
Purpose of Form . . . . . . . . . . . . . . 3
Obtaining Tax-Exempt Status . . . . 3
What to File . . . . . . . . . . . . . . . . . 3
When to File . . . . . . . . . . . . . . . . . 4
Where to File . . . . . . . . . . . . . . . . 4
Filing Assistance . . . . . . . . . . . . . . 4
Signature Requirements . . . . . . . . . 4
Representation . . . . . . . . . . . . . . . 5
Public Inspection . . . . . . . . . . . . . 5
Foreign Organizations in
General . . . . . . . . . . . . . . . . . . . 5
**Specific Instructions**
Part I. Identification of
Applicant . . . . . . . . . . . . . . . . . . 6
Part II. Organizational
Structure . . . . . . . . . . . . . . . . . . 6
Part III. Required Provisions in
Your Organizing Document . . . . . . 7
Part IV. Narrative Description
of Your Activities . . . . . . . . . . . . . 8
Part V. Compensation and
Other Financial
Arrangements With Your
Officers, Directors, Trustees,
Employees, and Independent
Contractors . . . . . . . . . . . . . . . . . 8
Part VI. Your Members and
Other Individuals, and
Organizations That Receive
Benefits From You . . . . . . . . . . . . 9
Part VII. Your History . . . . . . . . . . . 9
Part VIII. Your Specific
Activities . . . . . . . . . . . . . . . . . . . 9
Part IX. Financial Data . . . . . . . . . 12
Part X. Public Charity Status . . . . . 14
Part XI. User Fee Information . . . . . 16
Schedule A. Churches . . . . . . . . . . 16
Schedule B. Schools,
Colleges, and Universities . . . . . . 17
Schedule C. Hospitals and
Medical Research
Organizations . . . . . . . . . . . . . . . 18
Schedule D. Section 509(a)(3)
Supporting Organizations . . . . . . . 19
Schedule E. Organizations Not
Filing Form 1023 Within 27
Months of Formation . . . . . . . . . . 21
Schedule F. Homes for the
Elderly or Handicapped and
Low-Income Housing . . . . . . . . . . 22

**Contents**                                          **Page**
Schedule G. Successors to
Other Organizations . . . . . . . . . 22
Schedule H. Organizations
Providing Scholarships,
Fellowships, Educational
Loans, or Other Educational
Grants to Individuals and
Private Foundations
Requesting Advance
Approval of Individual Grant
Procedures . . . . . . . . . . . . . . . . 23
Appendix A. Sample Conflict of
Interest Policy . . . . . . . . . . . . . . 25
Appendix B. States with
Statutory Provisions Satisfying
the Requirements of Internal
Revenue Code Section 508(e) . . . 27
Appendix C. Glossary of Terms . . . . 30
Index . . . . . . . . . . . . . . . . . . . . . . 37

## What's New

The user fee for the initial application for recognition of exemption under IRC Section 501(c)(3) has been increased. Part XI of Form 1023 has been revised to reflect the new fee. See Rev. Proc. 2006-8, 2006-1 I.R.B. 245 for more information about user fees that may be applicable to tax-exempt organizations.

## How To Get Forms and Publications

### Personal Computer

You can access the IRS website 24 hours a day, 7 days a week at *www.irs.gov* to:
● Order IRS products online.
● Download forms, instructions, and publications.
● Get answers to frequently asked tax questions.
● Search publications online by topic or keyword.
● Send us comments or request help by email.
● Sign up to receive local and national tax news by email.

### CD-ROM

You can order Publication 1796, IRS Tax Products CD, and obtain:
● Current-year forms, instructions, and publications.
● Prior-year forms, instructions, and publications.
● Bonus: Historical Tax Products DVD — Ships with the final release.

● Tax Map: an electronic research tool and finding aid.
● Tax Law frequently asked questions (FAQs).
● Tax Topics from the IRS telephone response system.
● Fill-in, print, and save features for most tax forms.
● Internal Revenue Bulletins.
● Toll-free and email technical support.
● The CD is released twice during the year.

   o The first release will ship the beginning of January 2007.
   o The final release will ship the beginning of March 2007.

   Purchase the CD from National Technical Information Service at *www.irs.gov/cdorders* $25 (no handling fee) or call 1-877-CDFORMS (1-877-233-6767) toll-free to buy the CD for $25 (plus a $5 handling fee). Price is subject to change.

### By Phone and In Person

You can order forms and publications by calling **1-800-TAX-FORM** (1-800-829-3676). You can also get most forms and publications at your local IRS office.

## Overview of Section 501(c)(3) Organizations

### Who Is Eligible for Section 501(c)(3) Status?

Organizations organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or to foster national or international amateur sports competition, or for the prevention of cruelty to children or animals are eligible to file Form 1023 to obtain recognition of exemption from federal income tax under section 501(c)(3) of the Internal Revenue Code.

   *Form 1023 not necessary.* The following types of organizations may be considered tax exempt under section 501(c)(3) even if they do not file Form 1023.
● Churches, including synagogues, temples, and mosques.
● Integrated auxiliaries of churches and conventions or associations of churches.
● Any organization that has gross receipts in each taxable year of normally not more than $5,000.

Even though the above organizations are not required to file Form 1023 to be tax exempt, these organizations may choose to file Form 1023 to receive a determination letter that recognizes their section 501(c)(3) status and specifies whether contributions to them are tax deductible.

## Qualification of a Section 501(c)(3) Organization

There are two key requirements for an organization to be exempt from federal income tax under section 501(c)(3). A 501(c)(3) organization must be organized and operated exclusively for one or more exempt purposes.

**Organized.** An organization must be organized as a corporation (including a limited liability company), trust, or unincorporated association. The organizing document (articles of incorporation if you are a corporation, articles of organization if you are a limited liability company, articles of association or constitution if you are an association, or trust agreement or declaration of trust if you are a trust) must limit the organization's purpose(s) and permanently dedicate its assets to exempt purposes.

**Operated.** An organization must be operated to further one or more of the exempt purposes stated in its organizing document. Certain other activities are prohibited or restricted, including, but not limited to, the following activities. A 501(c)(3) organization must:

**a.** Absolutely refrain from participating in the political campaigns of candidates for local, state, or federal office.

**b.** Absolutely ensure that its assets and earnings do not unjustly enrich board members, officers, key management employees, or other insiders.

**c.** Not further non-exempt purposes (such as purposes that benefit private interests) more than insubstantially.

**d.** Not operate for the primary purpose of conducting a trade or business that is not related to its exempt purpose(s).

**e.** Not engage in activities that are illegal or violate fundamental public policy.

**f.** Restrict its legislative activities.

**Legislative activity.** An organization does not qualify for section 501(c)(3) status if a substantial part of its activities is attempting to influence legislation.

**Form 5768.** Most public charities are eligible to elect to make expenditures to influence legislation by filing Form 5768, Election/Revocation of Election by an Eligible Section 501(c)(3) Organization To Make Expenditures To Influence Legislation. By filing Form 5768, an eligible organization's legislative activities will be measured solely by an expenditure limit rather than by the "no substantial amount" limit. For additional information on the expenditure limit or the no

substantial amount limit, see Publication 557, Tax-Exempt Status for Your Organization.

For this purpose, "legislation" includes action by Congress, a state legislature, a local council, or a similar governing body, with respect to acts, bills, resolutions or similar items (such as legislative confirmation of appointive offices). Legislation also includes action by the public in a referendum, ballot initiative, constitutional amendment, or similar procedure. Legislation generally does not include actions by executive, judicial, or administrative bodies.

Organizations may involve themselves in issues of public policy without being engaged in legislative activity. For example, organizations may conduct educational meetings, prepare and distribute educational materials, or otherwise consider public policy issues. Similarly, an organization may appear before a governmental body to offer testimony about a decision that may affect the organization's existence.

 *A private foundation is not allowed to influence legislation.*

**Political campaign intervention.** All 501(c)(3) organizations are absolutely prohibited from directly or indirectly participating or intervening in any political campaign on behalf of (or in opposition to) any candidate for elective public office. Non-partisan voter education activities (including public forums and voter education guides) are permitted. Similarly, non-partisan activities to encourage people to participate in the electoral process, such as voter registration and get-out-the-vote drives, are not prohibited political campaign activity. However, voter education or registration activities that (a) favor one candidate over another, (b) oppose a candidate in some manner, or (c) favor a group of candidates, are prohibited.

## Public Charities and Private Foundations

Every organization that qualifies for tax-exempt status under section 501(c)(3) is further classified as either a public charity or a private foundation. For some organizations, the primary distinction between a public charity and a private foundation is an organization's source of financial support.

A public charity has a broad base of support, while a private foundation receives its support from a small number of donors. This classification is important because different tax rules apply to the operations of each entity.

Deductibility of contributions to a private foundation is more limited than contributions to a public charity. See Publication 526, Charitable Contributions, for more information on the deductibility of contributions. In addition, private foundations are subject to excise taxes that are not imposed on public charities.

**Public charities.** The following 501(c)(3) organizations are classified as public charities.
- Churches.
- Schools.
- Hospitals, medical research organizations, and cooperative hospital service organizations.
- Organizations that receive substantial support from grants, governmental units, and/or contributions from the general public.
- Organizations that normally receive more than one-third of their support from contributions, membership fees, and gross receipts from activities related to their exempt functions, and not more than one-third of their support from gross investment income and net unrelated business income.
- Organizations that support other public charities.

If an organization requests public charity classification based on receiving substantial public support, it must continue to seek significant and diversified public support contributions in later years. A new organization that cannot show it will receive enough public support may request an advance ruling of its status. After 5 years, it must file Form 8734, Support Schedule for Advance Ruling Period, showing its sources of support during the advance ruling period. If the organization does not meet the public support requirements during the 5-year advance ruling period, it could be reclassified as a private foundation.

**Private foundation.** A 501(c)(3) organization that cannot meet one of the specific exceptions to be classified as a public charity is a private foundation.

 *Classification as a private foundation has nothing to do with the name of the organization.* There are many organizations that include the word foundation in their names that are **not** private foundations for tax purposes.

**Private operating foundations.** A private foundation that lacks general public support but actively conducts exempt programs (as opposed to making grants to other organizations to conduct exempt activities) may be treated as a private operating foundation. Private operating foundations are subject to more favorable rules than other private foundations in terms of charitable contribution deductions and attracting grants from private foundations. In order to be classified as a private operating foundation, an organization must meet certain support tests.

## State Registration Requirements

Tax exemption under section 501(c)(3) is a matter of federal law. After receiving federal tax exemption, you may also be required to register with one or more states to solicit for contributions or to obtain exemption from state taxes. The National Association of State Charity Officials (NASCO) maintains a website