IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

      Plaintiff,         Case No. 1:06cv737-WKW

v.

DOTHAN RESCUE MISSION,

      Defendant,

## SWORN AFIDAVIT

*The plaintiff is filing a worn affidavit opposing the motion for Summary Judgement filed by the defendant(s). The defendant(s) have not completely answered the interrogatories questions set forth by the plaintiff which was requested by the court as a part of the motion of discovery. Federal Rule 16. All other evidence has been submitted ahead to the Court Opposing the defendant(s) Summary Judgement Federal Rule 56 (e).*

    *The plaintiff is sworn by the document statements in the above writing to be true and correct.*

*Angela Denise Nails*
      *ANGELA DENISE NAILS*
      *PRO SE ATTORNEY*

*Sworn to and subscribed before me on this day the* \_\_\_\_\_15\_\_\_\_\_ *day of February 2007.*

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

My Commission ~~April 6, 2007~~