```
           IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ANGELA DENISE NAILS,              *
                                  *
    PLAINTIFF,                    *        1:06-CV-00737.WKW
                                  *
vs.                               *
                                  *
DOTHAN RESCUE MISSION,            *
                                  *
    DEFENDANT.                    *

## DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT

THE DEFENDANT, the Dothan Rescue Mission, responds to the Plaintiff's "Motion for Judgment" filed on or about February 15, 2007, and moves the Court to Strike or Deny that Motion. In support the Defendant states:

1. Nails labels her motion "Motion for Judgment." Despite the label, this pleading appears to be a motion to compel and/or a motion to amend the complaint.

2. To the extent that the Motion is a motion to compel, the Plaintiff did not discuss any alleged problems in the discovery process with defense counsel before filing the motion with this Court. The Plaintiff has failed to make a good faith effort to obtain discovery material from the Defendant or otherwise resolve the alleged discovery problem before filing the motion with this Court. This is

in direct violation of Fed. R. Civ. P. 37.

3.   This Court's Orders of December 22, 2006 and January 3, 2007 describe the proper process for the Plaintiff to address any discovery issues.  The Plaintiff has not followed these Orders.

4.   The Defendant properly responded to the Plaintiff's written discovery pursuant to the Federal Rules of Civil Procedure.

5.   The Defendant disclosed all relevant information as required under Rule 26 in its initial disclosure packet served on the Plaintiff on or about November 14, 2006.

6.   The registration cards the Plaintiff complains of in her Motion for Judgment were included in the initial disclosure packet.

7.   To the extent that the Motion for Judgment is a motion to amend, the Plaintiff is seeking to amend far past the established deadline.  In relevant part, Paragraph 2 of this Court's November 1, 2006 Scheduling Order reads:  Any Motions to Amend Pleadings and to add parties shall be filed no later than November 28, 2006.

8.   The Plaintiff's attempt to amend her Complaint is untimely, being filed some 80 plus days after the deadline

to amend.

WHEREFORE the Defendant moves the Court TO STRIKE or TO DENY the Plaintiff s  Motion for Judgment.

                        HARDWICK, HAUSE, SEGREST & WALDING

                        BY:    /s/ Kevin Walding
                              Kevin Walding (WAL036)

                        BY:    /s/ Patrick B. Moody
                              Patrick B. Moody (MOO110)
                              Attorneys for Defendant
                              Post Office Box 1469
                              Dothan, Alabama 36302
                              Phone   (334)794-4144
                              Fax     (334)671-9330

## CERTIFICATE OF SERVICE

     I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

This the 28th day of February, 2007.

                                    /s/ Kevin Walding
                                  Of Counsel