```
        IN THE UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                SOUTHERN DIVISION

ANGELA DENISE NAILS,        *
                            *
    PLAINTIFF,              *      1:06-CV-00737.WKW
                            *
vs.                         *
                            *
DOTHAN RESCUE MISSION,      *
                            *
    DEFENDANT.              *
```

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION AGAINST SUMMARY JUDGMENT; DEFENDANT'S REPLY IN SUPPORT OF SUMMARY JUDGMENT

THE DEFENDANT, the Dothan Rescue Mission, responds to the Plaintiff's "Motion Against Summary Judgment" filed on or about February 15, 2007, moves the Court TO DENY that motion, and based on the Motion for Summary Judgment, Brief, and Evidentiary Materials submitted previously, together with this Response and/or Reply, move the Court to enter a full, final and appealable summary judgment in its favor and against the Plaintiff as to all portions of her Complaint and Amended Complaint.  In support the Defendant states:

   1.   The Plaintiff's "Motion Against Summary Judgment" fails to put forth any evidence creating or tending to create a genuine issue of material fact.

   2.   The Court's Order of February 2, 2007 notifies the Plaintiff, in clear and concise terms, how she must respond

to the Defendant's Motion for Summary Judgment.

    3.   The Plaintiff submits an Affidavit; however, that Affidavit is not proper. Footnote 2 of this Court's February 2, 2007 Order lists the requirements for a proper Affidavit. Also, in relevant part, Rule 56(e), Fed. R. Civ. P., reads: Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein.

    4.   The Plaintiff's Affidavit fails to show that Nails is competent to testify.

    5.   The Affidavit also fails to show that Nails has any information based on personal knowledge to counter any statement of material fact in the Defendant's Motion for Summary Judgment. The Plaintiff's Affidavit merely complains of the responses she received to her Interrogatories.

    6.   The Plaintiff cannot rely merely upon her allegations or denials in her pleadings to defeat a Motion for Summary Judgment. In relevant part, Rule 56(e), Fed. R. Civ. P., reads:

    When a Motion for Summary Judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of his pleading, but his response, by affidavits or as otherwise provided for in this rule, must set forth specific facts showing there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

7. The Plaintiff has not set forth any facts showing that there is a genuine issue for trial.

WHEREFORE, the Defendant moves the Court to DENY the Plaintiff's Motion Against Summary Judgment, and again moves this Court TO ENTER a full, final and appealable Summary Judgment in its favor and against the Plaintiff as to all Counts of the Complaint and Amended Complaint, or alternatively, as to such Counts of the Complaint and Amended Complaint as the evidence entitles it.

                HARDWICK, HAUSE, SEGREST & WALDING

                BY:     /s/ Kevin Walding
                    Kevin Walding (WAL036)

                BY:     /s/ Patrick B. Moody
                    Patrick B. Moody (MOO110)
                    Attorneys for Defendant
                    Post Office Box 1469
                    Dothan, Alabama 36302
                    Phone    (334)794-4144
                    Fax      (334)671-9330

**CERTIFICATE OF SERVICE**

_____I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 28th day of February, 2007.


                                  /s/ Kevin Walding
                                  Of Counsel