IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| vs. | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

**MOTION TO STRIKE**

THE DEFENDANT, the Dothan Rescue Mission, moves the Court to Strike Documents E and F submitted in Support of the Plaintiff's Motion Against Summary Judgment filed on or about February 15, 2007. In support of this request, the Defendant states:

1. Documents E are computer printouts labeled "Case Information" and dated January 3, 2007 (4 pages). Documents F are one or more brochures or forms related to Section 501(c)(3) of the Internal Revenue Code.

---

[1]Nails has forwarded to defense counsel a grouping of exhibits labeled "Evidentiary Materials in Support of Summary Judgment" that contains the same exhibits labeled differently. Apparently Nails has not filed these materials with the Clerk, at least as of this writing. In her "Evidentiary Materials" the computer printouts are Exhibit A and the information about Section 501(c)(3) of the Internal Revenue Code is Exhibit I. These are the same materials or documents the Defendant objects to and moves to strike here.

2. The Plaintiff failed to disclose either in her Initial Disclosures.

3. The Plaintiff failed to disclose either in her responses to the Defendant's Request for Production. She also failed to describe either in her interrogatory responses.

4. Fed. R. Civ. P. 26 requires a party to supplement or amend their disclosures required by the Federal Rules of Civil Procedure in a timely fashion. Plaintiff has not supplemented her disclosures.

5. The Plaintiff never produced Documents E and F to the Defendant, nor disclosed them in any way, before including them as support for her Motion for Judgment and/or Motion Against Summary Judgment.

6. Documents E and F have not been authenticated.

7. Documents E and F are irrelevant and immaterial to the issues involved in this matter.

8. The Defendant would be prejudiced if these documents are considered because the documents were never disclosed, and are not authenticated, and are not relevant and material.

WHEREFORE the Defendant moves the Court TO STRIKE

Plaintiff s Document E and F.

                            HARDWICK, HAUSE, SEGREST & WALDING

                            BY:    /s/ Kevin Walding
                                 Kevin Walding (WAL036)

                            BY:    /s/ Patrick B. Moody
                                 Patrick B. Moody (MOO110)
                                 Attorneys for Defendant
                                 Post Office Box 1469
                                 Dothan, Alabama 36302
                                 Phone   (334)794-4144
                                 Fax     (334)671-9330

**CERTIFICATE OF SERVICE**

     I hereby certify that, this date, I have served a copy of this document on the following individual(s) and/or attorney(s) of record by placing same in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

    This the 28th day of February, 2007.

                                          /s/ Kevin Walding
                                          Of Counsel