# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**ANGELA DENISE NAILS,**

**Plaintiff,**

**Case No.1:06cv737-WKW**

v.

**DOTHAN RESUCE MISSION,**

**Defendant,**

## AFFIDAVIT

*The plaintiff statement in the affidavit is true to the best of the Plaintiff knowledge.*

*Angela Denise Nails*

*ANGELA DENISE NAILS*

*PRO SEE ATTORENY*

**Evidentiary Materials**
**In Support of**
**Summary Judgment**

A.    **Fort Walton Beach Children and Families Case Information**

B.    **Dothan Rescue Mission Registation Card Copy/Dothan Rescue**

      **Mission Notes from Employee**

C.    **Human Resource Rule 217**

D.    **UDHA Section 28 /Homeless Shelter Policy**

E.    **U.S. CODE Title 42,12181 (7)(K)**

F.    **Affidavit of Brad Hardy**

G.    **Affidavit of Anna Culbreth**

H.    **Affidavit of Angela Palmer**

I.    **IRS 501 C(3)**

# PLAINITFF

# EXHIBIT

# A

```
    AICI                  CASE INFORMATION              01/03/2007 11:00
    CASE: 1051182875      CASELOAD: 011759            ▇▇▇▇▇▇▇▇▇▇
    EFFECTIVE BEGIN DATE: 06/06/1995
    SERVICE SITE: 46401                        STATUS: CLOSED
    CASE FILE LOCATION: CF  LOCATION DATE: 06061995  ERROR PRONE PROFILE:
           FIRST           MI LAST          SUF NOTICE LANG  LIVES IN HH
        PIP: ANGELA_____ D NAILS_____ ___      E        Y


                          NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
    HOUSEHOLD LIVING ADDRESS: 342____ ___ __  OKALOOSA_____ RD __ _____
                          _____  PHONE: _____
                          CITY: FT WALTON BCH__ STATE: FL ZIP: 32548____ CNTY: 46
    EMAIL: _____  CELL: _____
    IS MAILING ADDRESS SAME AS ABOVE? N
      HOUSEHOLD MAILING ADDRESS: _____ ___ __ P O BOX 4026_____ __ __ _____
       (IF DIFF FROM ABOVE)      _____ ____
                          CITY: SHALIMAR_____ STATE: FL ZIP: 32579____  DC:


    PIP MAILING ADDRESS: (IF    _____ ___ __ _____ __ __ _____
      NOT RESIDENT IN HOUSEHOLD) _____  PHONE: _____
                          CITY: _____ STATE: __ ZIP: _____  DC:

    NEXT TRAN: _____ PARMS: _____ MORE...
    063 - INVALID PF KEY
```

```
 AICI                    CASE INFORMATION              01/03/2007 11:10
 CASE: 1051182875     CASELOAD: 011758
 EFFECTIVE BEGIN DATE: 04/25/1996
 SERVICE SITE: 46401                    STATUS: OPEN
 CASE FILE LOCATION: IN  LOCATION DATE: 04251996  ERROR PRONE PROFILE: 00 00 00
          FIRST         MI LAST           SUF NOTICE LANG  LIVES IN HH
        PIP: ANGELA_____ D NAILS_____ ___      E          Y


                     NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
    HOUSEHOLD LIVING ADDRESS: 58_____ ___ __ ED BROWN_____ ST __ _____
                             _____ PHONE: _____
                     CITY: FT WALTON BCH__ STATE: FL ZIP: 32548____  CNTY: 46
 EMAIL: _____  CELL: _____
 IS MAILING ADDRESS SAME AS ABOVE? N
    HOUSEHOLD MAILING ADDRESS: _____ ___ __ P O BOX 4026_____ __ __ _____
     (IF DIFF FROM ABOVE)      _____
                     CITY: SHALIMAR_____ STATE: FL ZIP: 32579____   DC:


 PIP MAILING ADDRESS: (IF    _____ ___ __ _____ __ __ _____
    NOT RESIDENT IN HOUSEHOLD) _____ PHONE: _____
                     CITY: _____ STATE: __ ZIP: _____  DC:

 NEXT TRAN: _____ PARMS: _____ MORE...
```

```
AICI                      CASE INFORMATION              01/03/2007 11:10
CASE: 1051182875     CASELOAD: 01CF46
                              03/14/1996
SERVICE SITE: 46400                        STATUS: PENDING
CASE FILE LOCATION: IN  LOCATION DATE: 03141996  ERROR PRONE PROFILE:
            FIRST       MI LAST            SUF NOTICE LANG  LIVES IN HH
        PIP: ANGELA_____ D NAILS_____ ___        E          Y


                          NUMBER UNIT DIR STREET/RURAL ROUTE SFX DIR  APT
    HOUSEHOLD LIVING ADDRESS: 58_____ ___ __  ED BROWN_____ __ __ _____
                          _____ PHONE: __ _____
                      CITY: FT WALTON BEACH STATE: FL ZIP: 32548____ CNTY: 46
EMAIL: _____  CELL: _____
IS MAILING ADDRESS SAME AS ABOVE? N
    HOUSEHOLD MAILING ADDRESS: _____ ___ __  P O BOX 4026_____ __ __ _____
      (IF DIFF FROM ABOVE)     _____
                      CITY: SHALIMAR_____ STATE: FL ZIP: 32579____  DC:


PIP MAILING ADDRESS: (IF    _____ ___ __ _____ __ __ _____
   NOT RESIDENT IN HOUSEHOLD) _____ PHONE: _____
                      CITY: _____ STATE: __ ZIP: _____ DC:

NEXT TRAN: _____ PARMS: _____ MORE...
```

**PLAINITFF**

**EXHIBIT**

**B**

DOTHAN RESCUE MISSION                                    REGISTRATION CARD

NAME *ANGELA NAILS*                RACE W Ⓑ O

S.S. NO. *812 - 78 - 2867*         DATE OF BIRTH *1 - 8 - 61*

WHERE WERE YOU                     DO YOU HAVE MEDICATION
LAST NIGHT? *Dothan*               WITH YOU? *NONE*

COMING                             GOING
FROM? *None*                       TO?

NEXT OF                            RELATION
KIN *None*                         CITY &

ADDRESS                            STATE
I relieve the Dothan Rescue Mission, Inc. of all liability for any and all losses, injuries, damages, whatever, whether
through intent, negligence, accident, whatever, and whenever sustained.

SIGNED *Angela Nails*              DATE *2-15-96*

REGISTERED BY *Art Burroll*        TIME *4:00 P.M.*

*BRUNSWICK COLLEGE F.O.*



(334) 393-6583
Dothan Barrel

This person is
persistant —
She's been barred
for life 1-30-05
about 2 wks ago
she attempted to register
it told me she did have
a place & I notice a very
nice car —
This is able to does
have a place to stay —
She just wanted to
stay here — has jobs opportunity
has to pay for ins — funds
is waiting for ins — funds
was in accident

barred for life
SINCE 1996

CHECKED IN 8-15-96 7:00 PM
CHECKED OUT 2-19-96 3:40PM
BARRED FOR LIFE

**PLAINITFF**

**EXHIBIT**

**C**

**H.R.217**
**Title:** To amend title IV of the Stewart B. McKinney Homeless Assistance Act to
consolidate the Federal programs for housing assistance for the homeless into a block
grant program that ensures that States and communities are provided sufficient
flexibility to use assistance amounts effectively.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,          *
                              *
          PLAINTIFF,          *          1:06-CV-00737.WKW
                              *
                              *
vs.                           *
                              *
DOTHAN RESCUE MISSION,        *
                              *
          DEFENDANT.          *

### AFFIDAVIT OF ANNA CULBRETH

STATE OF WASHINGTON     )
                        )
KING COUNTY             )

Before me, the undersigned authority, personally appeared ANNA CULBRETH, who, being duly sworn, deposes and says as follows:

My name is Anna Culbreth. I am over 19 years of age and am a resident of the State of Washington, residing in Redmond, King County Washington. I have personal knowledge of the facts stated below.

I was employed as the Assistant Executive Director of the Dothan Rescue Mission until 2004. The Dothan Rescue Mission is a privately funded religious organization assisting the less fortunate citizens of Dothan and the surrounding areas. The Mission provides housing assistance, meals, and financial assistance to less fortunate citizens. As part of the Mission's program, guests are required to attend religious services every night.

Guests at the Mission are required to follow rules and procedures designed to protect their safety and to accomplish the purposes of the Mission. If a guest refuses to follow these rules and procedures, they are asked to leave the Mission.

I remember working with Angela Denise Nails on numerous occasions. Nails refused to follow many of the rules at the Mission. She seemed to have trouble following our program and wanted to do things her own way.

Nails called my husband, Harry Culbreth, and I at home quite a few times complaining about the Mission, and the requirements of the Mission's program.

Because of the phone calls and the discussions with the women's lodge manager concerning Nails's conduct and her refusal to follow the rules, we decided to ask her to never come to the Mission again.

On several occasions after we barred Nails, the Mission provided her with meal cards and other assistance, but we did refuse to allow her to reside in the Mission.

The facts stated above are true and correct.

_Anna Culbreth_
ANNA CULBRETH


Sworn to and subscribed before me on this the _18th_ day of _December_____, 2006__.

(S E A L)

Notary Public
The State Of Washington
L. DIACONU
My Commission Expires APR 19, 2009

_X Drace_
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_April 19, 2009_

**PLAINITFF**

**EXHIBIT**

**H**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,            *
                                *
        PLAINTIFF,              *       1:06-CV-00737.WKW
                                *
vs.                             *
                                *
DOTHAN RESCUE MISSION,          *
                                *
        DEFENDANT.              *


## AFFIDAVIT OF ANGELA PALMER

STATE OF ALABAMA    )
                    )
HOUSTON COUNTY      )

Before me, the undersigned authority, personally appeared ANGELA PALMER, who, being duly sworn, deposes and says as follows:

My name is Angela Palmer. I am over 19 years of age and am a resident of the State of Alabama, residing in Dothan, Houston County, Alabama. I have personal knowledge of the facts stated below.

I am employed by the City of Dothan as the City Finance Director. Project Care is a program whereby Dothan Utility customers may choose to donate funds to help less fortunate citizens with their utility bills. The money donated by the citizens is in addition to the amount they owe Dothan Utilities. Dothan Utilities simply gathers the donated money and passes it along to The Dothan Rescue Mission. No matching funds from the City of Dothan are given to the Mission. The City does not donate any money from any source of revenue to Project Care.

All money given to The Dothan Rescue Mission through Project Care is by private donations from Dothan utility customers. The Dothan Rescue Mission has complete control over how the donated funds are disbursed. Basically the

utility office turns over any donated money, and then The Rescue Mission determines the criteria for applicants and who is eligible to receive these funds. The Rescue Mission is in charge of distributing these funds. The City of Dothan nor Dothan utilities is involved in any way with the distributing of these funds.

The Dothan Rescue Mission is not an entity or office of the City of Dothan. The City has no control over nor involvement with any aspect of The Dothan Rescue Mission.

The facts stated above are true and correct.

_____
ANGELA PALMER

Sworn to and subscribed before me on this the $\underline{21}$ day of $\underline{December}$, 200$\underline{6}$.



_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
$\underline{July\ 1,\ 2008}$

**PLAINITFF**

**EXHIBIT**

**I**

# Why apply
# for 501(c)(3) status?

The benefits of having 501(c)(3) status include exemption from federal income tax and eligibility to receive tax-deductible charitable contributions. To qualify for these benefits, most organizations must file an application with, and be recognized by, the IRS as described in this publication. Another benefit is that some organizations may be exempt from certain employment taxes.

Individual and corporate donors are more likely to support organizations with 501(c)(3) status because their donations can be tax deductible. Recognition of exemption under section 501(c)(3) of the IRC assures foundations and other grant-making institutions that they are issuing grants or sponsorships to permitted beneficiaries.

An IRS determination of 501(c)(3) status is recognized and accepted for other purposes. For example: state officials may grant exemption from state income, sales, and property taxes; and the U.S. Postal Service offers reduced postal rates to certain organizations.

# Who is eligible
# for 501(c)(3) status?

There are three key components for an organization to be exempt from federal income tax under section 501(c)(3) of the IRC. A not-for-profit (i.e., nonprofit) organization must be *organized* and *operated* exclusively for one or more *exempt purposes*.

*organized* — A 501(c)(3) organization must be *organized* as a corporation, trust, or unincorporated association. An organization's organizing documents (articles of incorporation, trust documents, articles of association) must: limit its purpose to those described in section 501(c)(3) of the IRC; not expressly permit activities that do not further its exempt purposes, i.e., unrelated activities; and permanently dedicate its assets to exempt purposes.

*operated* — Because a substantial portion of an organization's activities must further its exempt purpose(s), certain other activities are prohibited or restricted including, but not limited to, the following activities. A 501(c)(3) organization:

- must absolutely refrain from participating in the political campaigns of candidates for local, state, or federal office
- must restrict its lobbying activities to an insubstantial part of its total activities
- must ensure that its earnings do not inure to the benefit of any private shareholder or individual
- must not operate for the benefit of private interests such as those of its founder, the founder's family, its shareholders or persons controlled by such interests
- must not operate for the primary purpose of conducting a trade or business that is not related to its exempt purpose, such as a school's operation of a factory
- may not have purposes or activities that are illegal or violate fundamental public policy

*exempt purpose* — To be tax exempt, an organization must have one or more *exempt purposes*, stated in its organizing document. Section 501(c)(3) of the IRC lists the following exempt purposes: charitable, educational, religious, scientific, literary, fostering national or international sports competition, preventing cruelty to children or animals, and testing for public safety.

## 501(c)(3) Organizations

The most common types of 501(c)(3) organizations are charitable, educational, and religious.

### CHARITABLE

Charitable organizations conduct activities that promote:
- relief of the poor, the distressed, or the underprivileged
- advancement of religion
- advancement of education or science
- erection or maintenance of public buildings, monuments, or works
- lessening the burdens of government
- lessening neighborhood tensions
- eliminating prejudice and discrimination
- defending human and civil rights secured by law
- combating community deterioration and juvenile delinquency

### EDUCATIONAL

Educational organizations include:
- schools such as a primary or secondary school, a college, or a professional or trade school
- organizations that conduct public discussion groups, forums, panels, lectures, or similar programs
- organizations that present a course of instruction by means of correspondence or through the use of television or radio
- museums, zoos, planetariums, symphony orchestras, or similar organizations
- nonprofit day-care centers
- youth sports organizations

### RELIGIOUS

The term *church* includes synagogues, temples, mosques, and similar types of organizations. Although the IRC excludes these organizations from the requirement to file an application for exemption, many churches voluntarily file applications for exemption. Such recognition by the IRS assures church leaders, members, and contributors that the church is tax exempt under section 501(c)(3) of the IRC and qualifies for related tax benefits. Other religious organizations that do not carry out the functions of a church, such as mission organizations, speakers' organizations, nondenominational ministries, ecumenical organizations, or faith-based social agencies, may qualify for exemption. These organizations must apply for exemption from the IRS. See Publication 1828, *Tax Guide for Churches and Religious Organizations*, for more details.



**PLAINITFF**

**EXHIBIT**

**D**

Section 28 UDHA comes form the following.  The Social Policy thus,
even with American law reform innovations  supplanted into the
notice and relocation benefits under section 28 of UDHA.

Each count of the defendant is that the defendant did not allow the
plaintiff to resided at the Dothan Rescue Mission and failed to follow
the guidelines of Section 28 UDHA(Urban Development and Housing
Act.).

The defendant failed to follow the guidelines of the grant
committees who give grants to shelters and the bases that the shelter
are using the grants for the cause of the reason that the request was
made to give the shelter the grant.  Section (5) of the Steward B.
McKinney Homeless Assistance Act.  Consolidate existing homeless
housing programs under title IV of the act which the act gives block
grants to homeless shelters for emergency facility for overnight
sleeping for the homelessness.

In the execution of eviction or demolition involving underprivileged and homeless citizens, the following are mandatory: (Sec. 28, UDHA, Implementing Rules and Regulations)

* 30-day notice

- adequate consultation
- only during office hours and good weather
- presence of LGU officials
- all those participating in demolitions must have proper ID
- the Philippine National Police shall be in proper uniform (their task is not to demolish but for law enforcement and disturbance control only)

* heavy equipment shall not be used except for concrete structures

# Moratorium on Eviction and Demolition

**PLAINITFF**

**EXHIBIT**

**E**

**(7) Public accommodation**

The following private entities are considered public accommodations for purposes of this subchapter, if the operations of such entities affect commerce—

**(A)** an inn, hotel, motel, or other place of lodging, except for an establishment located within a building that contains not more than five rooms for rent or hire and that is actually occupied by the proprietor of such establishment as the residence of such proprietor;

**(B)** a restaurant, bar, or other establishment serving food or drink;

**(C)** a motion picture house, theater, concert hall, stadium, or other place of exhibition or entertainment;

**(D)** an auditorium, convention center, lecture hall, or other place of public gathering;

**(E)** a bakery, grocery store, clothing store, hardware store, shopping center, or other sales or rental establishment;

**(F)** a laundromat, dry-cleaner, bank, barber shop, beauty shop, travel service, shoe repair service, funeral parlor, gas station, office of an accountant or lawyer, pharmacy, insurance office, professional office of a health care provider, hospital, or other service establishment;

**(G)** a terminal, depot, or other station used for specified public transportation;

**(H)** a museum, library, gallery, or other place of public display or collection;

**(I)** a park, zoo, amusement park, or other place of recreation;

**(J)** a nursery, elementary, secondary, undergraduate, or postgraduate private school, or other place of education;

**(K)** a day care center, senior citizen center, homeless shelter, food bank, adoption agency, or other social service center establishment; and

**(L)** a gymnasium, health spa, bowling alley, golf course, or other place of exercise or recreation.

**(8) Rail and railroad**

The terms "rail" and "railroad" have the meaning given the term "railroad" in section of title .

**PLAINITFF**

**EXHIBIT**

**F**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,          *
                              *
        PLAINTIFF,            *        1:06-CV-00737.WKW
                              *
vs.                           *
                              *
DOTHAN RESCUE MISSION,        *
                              *
        DEFENDANT.            *

### AFFIDAVIT OF BRAD HARDY

STATE OF ALABAMA    )
                    )
HOUSTON COUNTY      )

Before me, the undersigned authority, personally appeared BRAD HARDY, who, being duly sworn, deposes and says as follows:

My name is Brad Hardy. I am over 19 years of age and am a resident of the State of Alabama, residing in Dothan, Houston County, Alabama. I have personal knowledge of the facts stated below.

I am employed as the Executive Director of The Dothan Rescue Mission. The Dothan Rescue Mission is a privately funded religious organization assisting the less fortunate citizens of Dothan and the surrounding areas. The Mission provides housing assistance, meals, and financial assistance to less fortunate citizens. As part of our program, guests at the Mission are required to attend religious services every night.

Guests at the Mission are required to follow rules and procedures designed to protect their safety and to accomplish the purposes, goals, and religious aims of the Mission. If a guest refuses to follow these rules and procedures they are asked to leave the Mission.

Part of my job as Executive Director is reviewing the files of people who apply for assistance from the Mission. In January of 2005, I reviewed the Mission's file on Nails when she applied for assistance. I also interviewed Nails to determine her financial needs. Her file showed that she had broken rules at the Mission in the past, and that the previous Director had barred her from the Mission. Nails indicated to me that she had shelter, but she wanted to stay at the Mission to save rent money. After learning these facts, I denied Nails any financial assistance or shelter.

I did provide Nails with meal vouchers for the cafeteria on quite a few occasions. These vouchers were revoked, however, after I learned that Nails was speaking negatively of the Mission while she was using our cafeteria.

As Executive Director of the Rescue Mission I am the custodian of records for the Rescue Mission. The documents marked as Defendant's Exhibits 1 through 20 are true and correct copies of official records of the Mission, all of which are kept in the ordinary course of business for the Mission.

The work of the Dothan Rescue Mission is solely supported by private donations from churches, individuals, and businesses. The Mission does not receive any federal, state or local government funds of any kind. The Mission is considered a religious organization under section 501(c)(3) of the tax code.

The Dothan Rescue Mission is not a branch or department of the City of Dothan. The only contact the Mission has with the City of Dothan is through a program called Project Care.

Project Care is a program that allows Dothan utility customers to donate their private funds to help less fortunate citizens with their utility bills. This program is completely voluntary. No Dothan utility customer is required to donate funds and no tax dollars are used for this fund.

The utility department for the City of Dothan simply forwards the privately donated funds to the Rescue Mission. The Mission then disburses these funds to applicants who

have demonstrated a financial need with their electric
bills.  The Mission does not receive any support from City
funds, that is, from taxpayer funds.  The funds from Project
Care are private funds that come from utility customers who
choose to donate.

The facts stated above are true and correct.

_____
BRAD HARDY

Sworn to and subscribed before me on this the _14th_ day
of December, 2006.

(S E A L)        _____
                 NOTARY PUBLIC

                 MY COMMISSION EXPIRES:
                 _5/09/2010_

Page 3 of 3

**PLAINITFF**

**EXHIBIT**

**G**

*Sworn to and subscribed before me this* ___26___ *day of* _Febuary_,
*2007*

(SEAL)

_____
*NOTARY PUBLIC*
*My commission Expires:*___

My Commission
Expires April 6, 2007
Expires **April 6, 2007**

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a

copy of this document on the defendant by placing the document in the

United States Mail in a properly addressed envelope with prepaid postage.


UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302


The    th February 2007

ANGELA DENISE NAILS

PRO SE ATTORNEY

**RE:** Angela Denise Nails vs. Dothan Rescue Mission
In the United States District Court for the Middle
District of Alabama of Alabama
Southern Division
Case No.  1:06cv737-WKW

RECEIVED

2007 FEB 28  A 9: 18

.. BRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court
P.O. Box 711
Montgomery, Alabama 36101


Enclose is the Summary Judgement pleadings:


1.    Plaintiff  Summary Judgement Brief, evidentiary Materials to

Support Summary Judgement.




_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY



ADN
Enclosures
cc:  United States District Court
     Attorney Walding