**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James K. Walding
   Hardwick, Hause & Segrest
   PO Box 1469
   Dothan, AL 36302-1469

   #51 (R&R)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery: 3/6/07
C. Signature: X JERE SEGREST  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:06CV737-WKW

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
   7005 1160 0001 2962 0150

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Patrick Bryan Moody
   Hardwick, Hause & Segrest
   P.O. Box 1469
   Dothan, AL 36302

   #51 (R&R)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): JERE SEGREST
C. Date of Delivery: 3/6/07
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:06CV737-WKW

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 0167

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540