IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

ANGELA DENISE NAILS,

    Plaintiff,

DOTHAN RESUCE MISSION,

    Defendant,

Case No. 1:06cv737-WKW

EXSTENTION TO DEADLINE

The plaintiff is submitting the document for extenuation there is not enough time for the plaintiff to receive documents thur the United States Mail. The court would give the plaintiff more time to answer back to the court referencing the March 18, 2007 deadline. The plaintiff asks the court if they would allow another 20 days to respond to the recommendation to the court.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE ATTORNEY

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that this date that the plaintiff has served a copy of this document on the defendant by placing the document in the United States Mail in a properly addressed envelope with prepaid postage.

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302

The 9th March 2007

_Angela Denise Nails_
ANGELA DENISE NAILS
PRO SE ATTORNEY