IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Case Number 1:06-CV-00737.WKW

v.

DOTHAN RESUCE MISSION,

        Defendant,

## PLAINTIFF IS OBJECTING TO THE DEFENDANTS RESPONSE AGAINST OBJECTION

The defendant has done nothing but complained during each motion from the Federal court. As noted on the court ruling of objection, that the plaintiff was to state facts listed in the courts order. The plaintiff was responding to issues that would be relevant to the Judge and not to the defendant attorney. The defendant attorney receives the same information that the court mails to the plaintiff. The plaintiff will mail to the defendant a copy of the ordnances that the defendant states was never received. The defendant has not proven any reason for motion to strike the court order which request information be provided before a trail. The plaintiff has done the following steps and provided the information to the court and the defendants attorney.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY

The document has been mail thru the United States postal service. The plaintiff is certifying that the plaintiff mailed the document to the following.

United States Federal District Court
P.O. Box 711
Montgomery, Alabama 36301

Attorney Walding
P.O. Box 1469
Dothan, Alabama 36302


_____
ANGELA DENISE NAILS

PRO SE ATTORNEY

# Finance

The Accounting Division's mission is to provide internal management with accurate and timely management information; to assist City departments in the procurement of goods and services; and, to conduct utility business with citizens in a courteous and pleasant environment.

Code of Ordinances - Utilities - Section 102

2004 Comprehensive Annual Financial Report

2005 Popular Annual Financial Report

2005 Comprehensive Annual Financial Report



**Angela Palmer**
**Finance Director**
atpalmer@dothan.org
615-3141



**Finance Contacts**

**Tracie Williams**
**Administrative Secretary**
**More...**

**FINANCE MISSION STATEMENT:**

**To assist City personnel in the area of budgeted and actual financial reporting being mindful to ensure internal control and accountability of all City assets (cash, investments, equipment, etc.)**