IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-737-WKW |
| | ) |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 5, 2007, the Magistrate Judge filed a Recommendation (Doc. # 51) in this case. Plaintiff timely filed an objection (Doc. # 56). Upon an independent and *de novo* review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. #51) is ADOPTED;

2. Plaintiff's Objection (Doc. # 56) is OVERRULED; and

3. The defendant's Motion to Strike (Doc. # 57) is DENIED as moot.

An appropriate judgment will be entered.

DONE this 12th day of April, 2007.

　　　　　　　　　　　　　　　　／s／ W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE