IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | * | |
| | * | |
| PLAINTIFF, | * | 1:06-CV-00737.WKW |
| | * | |
| **vs.** | * | |
| | * | |
| **DOTHAN RESCUE MISSION,** | * | |
| | * | |
| DEFENDANT. | * | |

**MOTION TO ALTER OR AMEND THE JUDGMENT**

THE DEFENDANT, the Dothan Rescue Mission, moves the Court to alter or amend its Final Judgment of April 12, 2007 (Document 61) to change the phrase dismissed without prejudice to dismissed with prejudice. In support, the Defendant states:

1. In Paragraph 1 of the Final Judgment in this matter the Court states that this action is DISMISSED **without prejudice.** (Emphasis supplied).

2. Without prejudice is defined as Without loss of any rights; in a way that does not harm or cancel the legal rights or privileges of a party <dismissed without prejudice>. See *dismissal without prejudice* under DISMISSAL. *Black s Law Dictionary*1596 (7th edition 1999).

3. Dismissal without prejudice is defined as A dismissal that does not bar the plaintiff from refiling the

lawsuit within the applicable limitations period. *Black s Law Dictionary* 482 (7th edition 1999). Dismissal with prejudice is defined as A dismissal, usu. after an adjudication on the merits, barring the plaintiff from prosecuting any later lawsuit on the same claim. *Black s Law Dictionary* 482 (7th edition 1999).

4. In its motion for summary judgment and accompanying brief and evidentiary materials Dothan Rescue Mission requested a full, final and appealable summary judgment so that this matter would be ended with finality. (Document 36).

5. This Court s Order of April 12, 2007 specifically adopted the Recommendations of the Magistrate Judge (Document 60).

6. The Magistrate Judge recommended that the Defendant s Motion for Summary Judgment be granted. (Document 51).

7. It appears from this Court s Final Judgment and the materials attached to that Judgment concerning appeal that the Court intended to dismiss this action with prejudice so that an appeal would lie. Fed. R. Civ. P. 54(a) states: Judgment as used in these rules includes a

decree and any order from which an appeal lies.

    8. Using the term "without prejudice" is inconsistent with using the term "Final Judgment" and with the Court's apparent intent to enter a final order from which an appeal would lie. The Defendant requests the Court to correct this inconsistency by altering or amending the words "without prejudice" in the Judgment with the words "with prejudice."

    WHEREFORE, the Defendant moves the Court to alter or amend its Final Judgment to state that this action is dismissed "with prejudice."

                  HARDWICK, HAUSE, SEGREST & WALDING

                    BY:  /S/ Kevin Walding
                        Kevin Walding (WAL036)
                        ASB 8121-I-69J

                    BY:  /s/ Patrick B. Moody
                        Patrick B. Moody (MOO110)
                        ASB 0902-T-73M
                        Post Office Box 1469
                        Dothan, Alabama 36302
                        (334) 794-4144
                        (334) 671-9330 (FAX)

                    ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that, this date, I have served a copy of this document on the following attorney (s) of record by placing a copy in the United States Mail in a properly addressed envelope with prepaid postage.

Angela Denise Nails
342 South Saint Andrews Street
Apartment 808
Dothan, Alabama 36301

This the 17th day of April, 2007.

                                      /S/ Kevin Walding
                                      Of Counsel