IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABLAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

          Plaintiff,          Case No 1:06-cv-737-WKW

Vs.

DOTHAN RESUCE MISSION,

          Defendant(s)

APPEALS COURT

Plaintiff Federal Rule Procedure 3(c). A pro se of appeal must be signed by the appellant. Immediate review under Federal Rule Civil Procedure 54(b), Willimams v. Bishop, 732F.2d 885,885-86(11th Cir.1984). Limited exceptions are discussed in cases including, but not limited to Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69S. Ct 122-26,93 L.Ed.1528(1949);. The plaintiff is appealing the case. The plaintiff will add one other information source to the complaint. The plaintiff has been direct to give information in the complaint of resources of the Dothan Rescue Mission, plaintiff has completed the information of facts the Federal court request.

_Angela Denise Nails_
ANGELA DENISE NAILS

PRO SE ATTORNEY

Deniso Walo
P.O. Box 883
Dothan, AL 36301

Civil Appeal
Michelle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101



MONTGOMERY AL 361
25 APR 2007 PM 2 L