IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,                      Case No 1:06-cv-737-WKW

Vs.

DOTHAN RESCUE MISSION,

    Defendant(s),


MOTION OF EXPLAITION

The plaintiff would like to know what the defendant did request, the motion was granted and then again dismiss. The defendant(s) submitted a request for an Alter Judgment of the case. What is its meaning to Alter Judgment :


_____
ANGELA DENISE NAILS

PRO SEE ATTORNEY