RECEIVED

MAY 14 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

NO. 07-11969-D

## JURISDICTIONAL QUESTION(S)

Whether the April 26, 2007, notice of appeal from the district court's April 12, 2007, order and final judgment dismissing without prejudice Appellant's case is effective to appeal in light of the district court's April 27, 2007, order granting Appellee's motion to alter judgment and dismissing Appellant's case with prejudice. See Fed.R.App.P. 4(a)(4); Fed.R.Civ.P. 59; Hertz Corp. v. Alamo Rent-A-Car, Inc., 16 F.3d 1126, 1130-31 (11th Cir. 1994); Stallworth v. Shuler, 758 F.2d 1409, 1410 (11th Cir. 1985).