IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTH DIVISION



ANGELA DENISE NAILS,

        Plaintiff,        CASE NO: 1:06-cv-737-WKW

Vs.

DOTHAN RESCUE MISSION,

        Defendant,

## CLERKS OFFICE MOTION TO ORDER

The plaintiff in the above case is claiming the Alter Judgment that has been granted in the plaintiff case. If the clerk's office will send a garnishment to the City of Dothan for the amount of $300,000.00 dollars to the City's Accounting department/ Finance department at 126 N. Saint Andrews Street Dothan, Alabama 36303. The last order the Judge made it t was mailed April 27, 2007 and signed by District Judge Keith Watkins ordering that the previous dismissal of the plaintiff case of a alter Judgment is granted. Dismissed with prejudice. The plaintiff case was dismiss before the last judgment date April 27, 2007, granted was a alter of the judgment made at the request of the defendant and the alter judgment was granted by the

court. The plaintiff should receive the judgment against the defendant while the plaintiff pleaded the case before the court against the defendant the judgment to dismiss has been changed to alter the judgment to dismiss the case of the plaintiff but to alter judgment. Their fore the plaintiff is seeking for the garnishment of funds form the city of Dothan accounting/finance department.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE ATTORNEY