IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS, )
)
    Plaintiff, )
)
v. )    CASE NO. 1:06-cv-737-WKW
)        (WO)
DOTHAN RESCUE MISSION, )
)
    Defendants. )

**<u>ORDER</u>**

This cause is now before the court on a Motion to Proceed in forma pauperis, filed by the plaintiff on April 26, 2007 (Doc. # 67), and the plaintiff's Motion to Clarify (Doc. # 68).

Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[1]  In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  "The statute provides that a court 'may dismiss the case if the allegation of poverty is untrue, or if satisfied that the action is frivolous or malicious.'"  *Attwood v. Singletary*, 105 F.3d 610, 613 (11th Cir. 1997) (citing 28 U.S.C. § 1915(d) (1996)).

---

[1] *See* 28 U.S.C. § 1915(e):
> (2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that--
> (A) the allegation of poverty is untrue;  or
> (B) the action or appeal--
> (i) is frivolous or malicious;
> (ii) fails to state a claim on which relief may be granted;  or
> (iii) seeks monetary relief against a defendant who is immune from such relief.

> This circuit has defined a frivolous appeal under section 1915(d) as being one "'without arguable merit.'" *Harris v. Menendez*, 817 F.2d 737, 739 (11th Cir.1987)(quoting *Watson v. Ault*, 525 F.2d 886, 892 (5th Cir.1976)).  "'Arguable means capable of being convincingly argued.'"  *Moreland v. Wharton*, 899 F.2d 1168, 1170 (11th Cir.1990) (per curiam) (quoting *Menendez*, 817 F.2d at 740 n. 5); *see Clark*, 915 F.2d at 639 ("A lawsuit [under section 1915(d) ] is frivolous if the 'plaintiff's realistic chances of ultimate success are slight.'" (quoting *Moreland,* 899 F.2d at 1170)).

*Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991), *reh'g denied*, 503 U.S. 999 (1992).  *See also Weeks v. Jones*, 100 F.3d 124, 127 (11th Cir. 1996) (stating that "Factual allegations are frivolous for purpose of [28 U.S.C.] § 1915(d) when they are 'clearly baseless;' legal theories are frivolous when they are 'indisputably meritless.'") (citations omitted).

Applying the foregoing standard, this court is of the opinion that the petitioner's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith.  In her objection (Doc. # 59) to the Magistrate Judge's Recommendation that the defendant's Motion for Summary Judgment be granted, the plaintiff provided no evidence that she was discriminated against on the basis of disability despite clear orders from the Magistrate to do so.

Accordingly, it is ORDERED that the petitioner's motion to proceed on appeal in forma pauperis (Doc. # 67) is DENIED.

It is further ORDERED that the Motion to Clarify is GRANTED.  The court hereby notifies the plaintiff that a claim "dismissed with prejudice" cannot be brought again.

DONE this 22nd day of May, 2007.

        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE