IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv737-WKW |
| | ) (WO) |
| DOTHAN RESCUE MISSION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This action is presently before the court on plaintiff's motion for garnishment (styled "Clerk's Office Motion to Order")(Doc. # 72). Plaintiff requests that the Clerk's office send a "garnishment" to the finance department of the City of Dothan in the amount of $300,000.00. Plaintiff appears to contend that, by altering its judgment to dismiss plaintiff's claims "with prejudice," the court somehow entered judgment in her favor. Plaintiff is advised that the court's judgment was entered *against* her, not in her favor. Accordingly, it is

ORDERED that the motion for garnishment is DENIED.

DONE, this 23rd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE