IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 9 2007
THOMAS K. KAHN
CLERK

No. 07-11969-D

ANGELA DENISE NAILS,

          Plaintiff-Appellant,

versus

DOTHAN RESCUE MISSION,

          Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's motion for leave to proceed on appeal <u>in forma pauperis</u> is DENIED because the appeal is frivolous. See <u>Pace v. Evans</u>, 709 F.2d 1428 (11th Cir. 1983).

          /s/ Gerald Bard Tjoflat
          UNITED STATES CIRCUIT JUDGE