# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

RECEIVED
2007 SEP 21  A 11: 20

For Rules and forms visit
www.ca11.uscourts.gov

September 20, 2007

Angela Denise Nails
116 East St., #46
Carrollton, AL  35447-2016

APPEAL NO. 07-11969-D  -  NAILS v. DOTHAN RESCUE MISSION

Dear Ms. Nails,

Returned herewith are two motions received in this office on September 17, 2007. It is unclear what relief is being requested.  Please note that you have filed all the necessary forms in support of your previous requests to proceed on appeal in forma pauperis. Both the District Court and this Court denied your motions.  The due date for filing a motion for reconsideration of this court's August 9, 2007, order has passed.  If you wish this court to reconsider the order denying leave to proceed in forma pauperis, you must file a motion for reconsideration and a motion to file for reconsideration out of time.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To:   Nancy Holbrook (404)335-6183