RECEIVED

2007 DEC -5 A 10: 03

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 03, 2007

**Appeal Number: 07-11969-D**
Case Style: Angela Denise Nails v. Dothan Rescue Mission
District Court Number: 06-00737 CV-W-S ()

TO:  Angela Denise Nails

CC:  James Kevin Walding

CC:  Patrick B. Moody

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2007          2007 DEC -5  A 10: 03

Angela Denise Nails
116 EAST ST # 46
CARROLLTON  AL  35447-2016

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Appeal Number: 07-11969-D**
Case Style: Angela Denise Nails v. Dothan Rescue Mission
District Court Number:  06-00737  CV-W-S ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11969-D

ANGELA DENISE NAILS,

Plaintiff-Appellant,

versus

DOTHAN RESCUE MISSION,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before **TJOFLAT and BLACK, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated August 9, 2007, denying her motion for leave to proceed on appeal in forma pauperis. Upon reconsideration, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Bryant v. Dupree, 252 F.3d 1161, 1163 (11th Cir. 2001); Griffin v. City of Opa-Locka, 261 F.3d 1295, 1303 (11th Cir. 2001); Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983); 42 U.S.C. §§ 11301 et seq., 12187; United States District Court for the Middle District of Alabama, Local Rule 37.1.